**LOUIS F. BURKE P.C.**
ATTORNEY AT LAW
**460 Park Avenue**
**21st Floor**
**New York, New York 10022**

Telephone: (212) 682-1700
Facsimile: (212) 808-4280
E-Mail: lburke@lfblaw.com

September 12, 2008

Judy Soley
30 Griffen Avenue
Scarsdale NY 10583

In Reference To:   Soley v. Wasserman

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 6/9/2008 | LFB | Review documents. | 0.50 | 175.00 |
| 6/11/2008 | LFB | Review Documents formating. | 1.20 | 420.00 |
| 6/12/2008 | LFB | Meeting with J. Soley | 2.00 | 700.00 |
| 6/24/2008 | LFB | T/C Judy Solely | 0.20 | 70.00 |
| 6/29/2008 | LFB | E-Mail: transmit | 0.20 | 70.00 |
| 7/8/2008 | LFB | T/C J. Soley re status. | 0.30 | 105.00 |
| 7/16/2008 | LFB | T/C D. Soley; email follow up. | 0.40 | 140.00 |
| 7/18/2008 | LFB | Review and draft emails. | 0.30 | 105.00 |
| 7/22/2008 | LFB | Mtg. with V. Love; email client. | 0.80 | 280.00 |
| 7/25/2008 | LSW | Prepare: Copy document CD, LT S. Fleischer with signed retainer and CD. | 0.40 | 100.00 |

# Louis F. Burke PC

Judy Soley 
Page 2

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 7/30/2008 | LFB | Review Disc; email S. Fleischer and J.Solely. | 0.40 | 140.00 |
|  | LFB | E-Mail Stu Fleischer and J. Soley; review file and disc for chart. | 0.30 | 105.00 |
| 7/31/2008 | LSW | Prepare: Scan and email documents to S. Fleischer. | 0.20 | 50.00 |
| 8/5/2008 | LFB | Review Documents from J. Soley. | 0.50 | 175.00 |
| 8/6/2008 | LSW | Copy files to CD, mail to J. Soley, email to J. Soley re: same. | 0.30 | 75.00 |
| 8/8/2008 | LSW | Prepare: Scan and email Patriot Partners tax returns to accountant. | 0.30 | 75.00 |
| 8/11/2008 | LSW | E-Mail: Scan documents received from client, email to accountant. | 0.30 | 75.00 |
| 8/13/2008 | LSW | E-Mail and scan addt'l Soley documents to accountant. | 0.30 | 75.00 |
| 8/15/2008 | LFB | Review emails; t/c J Soley, S. Fleisher; review charts. | 0.80 | 280.00 |
| 8/18/2008 | LFB | Review emails and charts. | 0.40 | 140.00 |
| 8/20/2008 | LFB | Review charts; t/c Stu. | 0.30 | 105.00 |
| 8/21/2008 | LFB | T/C J Soley, D Soley, S Fleischer; review charts. | 1.00 | 350.00 |
| 8/27/2008 | LFB | T/C J SOley and S Fleisher; review charts. | 0.50 | 175.00 |
|  |  | **For professional services rendered** | **11.90** | **$3,985.00** |

Additional Charges :

| Date | Atty | Description | Amount |
|---|---|---|---|
| 7/25/2008 | LFB | FedEx to Stuart L.Fleischer. | 21.76 |
| 7/26/2008 | LFB | Photocopies and delivery: MCD | 1,349.46 |
|  |  | **Total costs** | **$1,371.22** |
|  |  | **Total amount of this bill** | **$5,356.22** |

**Louis F. Burke PC**

Judy Soley

| | Amount |
|---|---|
| Balance due | $5,356.22 |

# LOUIS F. BURKE P.C.
ATTORNEY AT LAW
**460 Park Avenue**
**21st Floor**
**New York, New York 10022**

Telephone: (212) 682-1700
Facsimile: (212) 808-4280
E-Mail: lburke@lfblaw.com

November 17, 2008

Judy Soley
30 Griffen Avenue
Scarsdale NY 10583

In Reference To:   Soley v. Wasserman

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 9/2/2008 | LFB | Review complaint of facts; Review documents; Telephone call to client concerning D. Soley; Confer with L. Wybiral | 1.00 | 350.00 |
| 9/3/2008 | NB | Research and draft of memo on preliminary jurisdictional issues and securities claim. | 6.80 | 510.00 |
|  | AM | Conference with Lesli about case and started researching possible causes of action and started a chart putting causes of action, limitations periods and how to toll the limitations period. | 1.50 | 112.50 |
|  | LSW | Review JS documents, draft complaint, conf. LFB, NB, AM re: possible causes of action and SOL problems. | 1.00 | 250.00 |
|  | LFB | Review documents; Confer with L. Wybiral | 0.50 | 175.00 |
| 9/4/2008 | LSW | T/C David Soley re: allegations and causes of action. | 0.80 | 200.00 |
|  | LFB | Telephone call to D. Soley; review docs; Confer with L. Wybiral | 1.50 | 525.00 |
| 9/5/2008 | NB | Research on statute of limitations and claims, draft of memo on same. | 7.00 | 525.00 |

Louis F. Burke PC

Judy Soley

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 9/5/2008 | LFB | Review revised statement of facts; confer with L. Wybiral | 1.00 | 350.00 |
| 9/8/2008 | AM | Finalize chart on causes of action. | 4.00 | 300.00 |
| | LR | Review files; internet search. | 1.50 | 487.50 |
| | NB | Draft of memo on claims and prelim. issue, research on same, review of case file | 4.50 | 337.50 |
| 9/9/2008 | NB | Draft of memo on claims of preliminary issues, research on case law on same. | 7.50 | 562.50 |
| 9/10/2008 | AM | Drafted timeline. | 3.50 | 262.50 |
| | LR | Research: Internet search; review files. | 1.50 | 487.50 |
| | NB | Review of docs, draft of timeline | 4.00 | 300.00 |
| 9/12/2008 | LSW | E-Mail: Respond to JS emails, attaching timelines for review. | 0.20 | 50.00 |
| 9/15/2008 | LFB | Review time line and chart and documents | 1.00 | 350.00 |
| 9/23/2008 | LFB | Review documents; confer L. Wybiral | 0.70 | 245.00 |
| 10/1/2008 | LSW | Review file, draft complaint | 0.50 | 125.00 |
| 10/2/2008 | LSW | Review file; legal research, draft complaint, email to JS, DS, LFB re: 10(b) cause of action; | 2.00 | 500.00 |
| 10/3/2008 | LSW | Review emails from DS, JS, add addt'l facts for PP cause of action; Research re: PP DE registration, access online status report; email to DS, JS re: same. | 1.00 | 250.00 |
| 10/6/2008 | AM | Researched the legal consequences of an email – looked at partnership law in DE & NY, Called DEpt of State in NY & DE; ordered cert of good standing from DE. | 6.00 | 450.00 |
| 10/14/2008 | LSW | Review file; draft complaint. | 4.00 | 1,000.00 |

Louis F. Burke PC

Judy Soley           Page 3

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/15/2008 | LSW | Draft complaint; T/C J. Soley re: PP partnership agreement; | 1.00 | 250.00 |
| 10/16/2008 | LFB | Review drafts of complaint | 0.60 | 210.00 |
| | LSW | Review file; draft complaint. | 6.00 | 1,500.00 |
| 10/17/2008 | LSW | Revise complaint, email to DS, JS; conf. J. Soley. | 1.00 | 250.00 |
| 10/20/2008 | LSW | Conference call with D. Soley, J. Soley, LFB to review draft of complaint | 1.00 | 250.00 |
| 10/22/2008 | LSW | Revise complaint | 1.50 | 375.00 |
| | LFB | Review draft of complaint | 1.00 | 350.00 |
| 10/23/2008 | LSW | Revise complaint | 2.00 | 500.00 |
| 10/24/2008 | LSW | T/C J. Soley re: revisions to complaint; email complaint to SF for comment | 0.40 | 100.00 |
| 10/28/2008 | LSW | Finalize complaint, assemble exhibits, send to printer for binding; email to DS, JS, LFB re: same. | 2.00 | 500.00 |
| 10/29/2008 | LSW | Prepare civil cover sheet, summons, send to SDNY for filing; emails to DS, JS confirming filing. | 0.50 | 125.00 |
| | LFB | Review complaint | 1.00 | 350.00 |
| | AM | Went to court to file complaint | 1.50 | 112.50 |
| 10/30/2008 | LSW | Scan complaint and exhibits and email to SDNY Clerk for entry onto docket; add case to CourtAlert SDNY watch list; LT JS, DS with copy of complaint; LT UPS with copies of summons & complaint, etc. for service on PJW; review Judge Crotty's rules of practice. | 2.00 | 500.00 |

For professional services rendered      84.50   $14,077.50

Additional Charges :

| | | | | |
|---|---|---|---|---|
| 6/1/2008-6/30/2008 | LSW | Legal research - WestLaw | | 31.17 |

Louis F. Burke PC

Judy Soley

| | | Amount |
|---|---|---:|
| 6/1/2008- LSW 6/30/2008 | Legal research - WestLaw | 408.80 |
| 9/4/2008- LSW 9/19/2008 | Legal Research | 320.52 |
| 9/18/2008 LSW | Legal Research | 20.55 |
| 10/9/2008 LSW | Ordered certificate of good standing for Patriot Partners LP from Delaware Sec of State. | 64.00 |
| 10/29/2008 LSW | Filing Fee - file complaint (Clerk NSDC; SDNY) | 350.00 |
| 10/30/2008 LSW | Attorney's Duplicating Service - copy and velo bind complaint with exhibits. | 244.58 |
| | Total costs | $1,439.62 |
| | Total amount of this bill | $15,517.12 |

## LOUIS F. BURKE P.C.
ATTORNEY AT LAW
**460 Park Avenue**
**21st Floor**
**New York, New York 10022**

Telephone: (212) 682-1700
Facsimile: (212) 808-4280
E-Mail: lburke@lfblaw.com

December 08, 2008

Judy Soley
30 Griffen Avenue
Scarsdale NY 10583

In Reference To:   Soley v. Wasserman

Professional Services

| | | Hours | Amount |
|---|---|---|---|
| 11/5/2008 LSW | LT Judge Crotty with courtesy copy of summons and complaint, send with ULS for delivery | 0.30 | 75.00 |
| 11/10/2008 AM | T/C Tilicia at DE Corp re: cert of good standing for Patriot Partners | 0.30 | 22.50 |
| 11/17/2008 AM | UCC search, made list of potential witnesses | 3.20 | 240.00 |
| 11/19/2008 AM | Reviewed the complaint again to make sure I got all relevant potential witnesses | 1.00 | 75.00 |
| 11/24/2008 LSW | T/C Larry Tofel re: extension of time to respond to complaint; email to JS, DS re: same | 0.40 | 100.00 |
| 11/26/2008 LSW | T/C M. Allison; review ECF fules, email signed Stip to SDNY clerk | 0.30 | 75.00 |
| | For professional services rendered | 5.50 | $587.50 |
| | Previous balance | | $15,873.34 |
| 10/31/2008 Credit | | | ($356.22) |
| 11/29/2008 Payment - thank you. Check No. 8538 | | | ($15,517.12) |

Judy Soley

|  | Amount |
|---|---:|
| Total payments and adjustments | ($15,873.34) |
| Balance due | $587.50 |