# LOUIS F. BURKE P.C.
### ATTORNEY AT LAW
## 460 Park Avenue
## 21st Floor
## New York, New York 10022

Telephone: (212) 682-1700
Facsimile: (212) 808-4280
E-Mail: lburke@lfblaw.com

January 12, 2009

Judy Soley
30 Griffen Avenue
Scarsdale NY 10583

In Reference To:   Soley v. Wasserman

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| 12/3/2008 LSW | Research draft preservation letter, email draft to DS, JS, LFB with list of potential addressees | 0.50 | 125.00 |
| 12/4/2008 LFB | T/C J Gollenbach; review correspondence. | 0.50 | 175.00 |
| 12/5/2008 LSW | T/C  Joey @ UPS re: defective affidavit of service | 0.20 | 50.00 |
| 12/11/2008 LFB | Review docs; c/f L Wybiral | 1.00 | 350.00 |
| 12/16/2008 LSW | T/C Ralph, Sasha @ UPS re: affidavit of service; review LT from Tofel to Judge Crotty, email same to DS, JS | 0.50 | 125.00 |
| 12/17/2008 LSW | Draft and mail preservation letters to Grant Thornton LLP, BNY Mellon, Stern, Fagenson, Kamras, Merrill Lynch and Klingman; review Judge Crotty's rules of practice, FRCP | 1.00 | 250.00 |
| 12/18/2008 LW | Review pleadings; legal research re: federal rules of civil procedure pleading reqs; legal research re: sanctions; draft response letter to defendants counsel | 6.00 | 1,500.00 |
| 12/19/2008 LSW | Review and revise LT Judge Crotty in response to defendant's pre-motion conference request; email to Chambers, opposing counsel. | 2.00 | 500.00 |

## Louis F. Burke PC

Judy Soley                                                                                              Page    2

| | | Hours | Amount |
|---|---|---|---|
| 12/19/2008 LW | Conference with w LFB re changes to letter | 0.25 | 62.50 |
| 12/29/2008 LSW | E-Mail to/from M. Lopeman re: preservation letter to Merrill Lynch; file affidavit of service via ECF, w/Clerk; | 0.50 | 125.00 |
| | For professional services rendered | 12.45 | $3,262.50 |
| | Previous balance | | $587.50 |
| 12/12/2008 | Payment - thank you. Check No. 8546 | | ($587.50) |
| | Total payments and adjustments | | ($587.50) |
| | Balance due | | $3,262.50 |

# LOUIS F. BURKE P.C.
### ATTORNEY AT LAW
**460 Park Avenue**
**21st Floor**
**New York, New York 10022**

Telephone: (212) 682-1700
Facsimile: (212) 808-4280
E-Mail: lburke@lfblaw.com

February 13, 2009

Judy Soley
30 Griffen Avenue
Scarsdale NY 10583

In Reference To:   Soley v. Wasserman

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| 1/14/2009 LSW | Prepare for pre-motion conference:  review file, legal research re: equitable estoppel, tolling, conf. LFB re: same; attend conference at Court; conf L. Tofel post-conference; draft email to JS, DS re: same. | 3.00 | 750.00 |
| LFB | Prepare for PTC; attend PTC | 3.80 | 1,330.00 |
| 1/15/2009 LSW | Revise email to client, send | 0.30 | 75.00 |
| LFB | Prepare memo from PTC | 1.00 | 350.00 |
| 1/21/2009 LSW | T/C L. Tofel re: subpoena to Harris Co.; T/C BNY Mellon; research, draft subpoena; | 1.00 | 250.00 |
| 1/27/2009 LSW | Legal research; T/C BNY Mellon Shareowner Services, redraft document subpoena; email to opposing counsel for comment. | 1.00 | 250.00 |
| 1/28/2009 LSW | Review letter from BNY to JS re: Harris Corp.; respond to JS email re: status. | 0.40 | 100.00 |

**Louis F. Burke PC**

| Judy Soley | | Page | 2 |
|---|---|---|---|
| | | Hours | Amount |
| 1/28/2009 LFB    Review subpoena and emails | | 0.60 | 210.00 |
| For professional services rendered | | 11.10 | $3,315.00 |
| Additional Charges : | | | |
| 12/1/2008-LSW    Legal Research<br>12/31/2008 | | | 116.97 |
| Total costs | | | $116.97 |
| Total amount of this bill | | | $3,431.97 |
| Previous balance | | | $3,262.50 |
| 1/23/2009 Payment - thank you (Fees). Check No. 8568 | | | ($3,262.50) |
| Total payments and adjustments | | | ($3,262.50) |
| Balance due | | | $3,431.97 |

# LOUIS F. BURKE P.C.
### ATTORNEY AT LAW
### 460 Park Avenue
### 21st Floor
### New York, New York 10022

Telephone: (212) 682-1700
Facsimile: (212) 808-4280
E-Mail: lburke@lfblaw.com

March 19, 2009

Judy Soley
30 Griffen Avenue
Scarsdale NY 10583

In Reference To:   Soley v. Wasserman

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 2/3/2009 | LSW | T/C Larry Tofel re: subpoena to BNY; | 0.20 | 50.00 |
|  | LFB | Review emails; review Maas procedures; T/C BNY; review subpoena | 0.70 | 245.00 |
| 2/6/2009 | LSW | Finalize and serve subpoena on BNY Mellon Shareowner Services re: Harris stock | 0.40 | 100.00 |
| 2/11/2009 | LSW | T/C USDC SDNY case openings clerk re: ECF Note, T/C, email to help desk re: same; break exhibit D into smaller files, email complaint and all exhibits in multiple emails to case openings.@SDNY; review emails from case openings advising plaintiff to obtain permission from judge to maintain paper copies of complaint exhibits because of volume. | 2.00 | 500.00 |
| 2/12/2009 | LSW | Resubmit .pdf complaint to case openings; LT Judge Crotty requesting permission to keep paper copies of exhibits with courthouse, cc L. Tofel, MJ Maas; emails to/from LT re: missing exhibits to complaint, adjourning 3/10 status conference; email to JS, DS re: settlement conference; review LT from BNY re: subpoena, email same to LT | 1.30 | 325.00 |

**Louis F. Burke PC**

Judy Soley                                                                      Page    2

|            |     |                                                                                        | Hours | Amount |
|------------|-----|----------------------------------------------------------------------------------------|-------|--------|
| 2/12/2009  | LW  | Draft statement of claim to magistrate Maas for settlement conference                   | 4.00  | 1,000.00 |
| 2/13/2009  | LSW | Reissue subpoena to Mellon Investor Services LLC with copy to Tofel.                    | 0.50  | 125.00 |
| 2/26/2009  | LSW | LT to Clerk, SDNY with paper copy of complaint and exhibits, copies of same to Judge Maas, L. Tofel | 0.40  | 100.00 |

For professional services rendered                                      9.50   $2,445.00

Additional Charges :

|                         |     |                                                                  |        |
|-------------------------|-----|------------------------------------------------------------------|--------|
| 1/14/2009-<br>1/27/2009 | LSW | Legal Research                                                    | 90.62  |
| 2/9/2009                | LSW | FedEx to Custodian Records/ Legal Dep of BNY Mellon Shareowner Services | 15.01  |
|                         | LSW | FedEx to Lawrence Tofel                                           | 15.01  |
| 2/26/2009               | LSW | Deluxe Delivery (courier) - to Lawrence E Tofel                   | 7.50   |

Total costs                                                                        $128.14

Total amount of this bill                                                          $2,573.14

Previous balance                                                                   $3,431.97

2/20/2009 Payment - thank you. Check No. 8580                                     ($3,431.97)

Total payments and adjustments                                                   ($3,431.97)

Balance due                                                                        $2,573.14

# LOUIS F. BURKE P.C.
ATTORNEY AT LAW
## 460 Park Avenue
## 21st Floor
## New York, New York 10022

Telephone: (212) 682-1700
Facsimile: (212) 808-4280
E-Mail: lburke@lfblaw.com
April 14, 2009

Judy Soley
30 Griffen Avenue
Scarsdale NY 10583

In Reference To:   Soley v. Wasserman

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| 3/3/2009 LSW | E-Mail to L. Tofel re: joint request to adjourn 3/10 conference. | 0.20 | 50.00 |
| 3/4/2009 LSW | Draft ltr Judge Crotty requesting adjournment, email to LT for comment; final to Judge Crotty; complete settlement conference appearance form and fax to Judge Maas; email to JS re: prep for conference. | 0.80 | 200.00 |
| 3/9/2009 LSW | Review BNY Mellon response to subpoena, email same to JS, DS. | 0.30 | 75.00 |
| 3/10/2009 LSW | T/C, email to/from L. Tofel re:  BNY Mellon response to subpoena. | 0.40 | 100.00 |
| 3/16/2009 LFB | Conference L Wybiral re Tofel re position | 0.50 | 175.00 |
| LSW | T/C L Tofel re: settlement pre-mediation | 0.30 | 75.00 |
| 3/17/2009 LFB | T/C J Soley re discovery and mediation | 0.50 | 175.00 |

Judy Soley                                                                        Page    2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/17/2009 LSW | T/C J. Soley re further record research | | 0.30 | 75.00 |
| 3/18/2009 LFB | Review record for settlement; review Harris Bank issue; Conf with L Wybiral | | 1.00 | 350.00 |
| 3/20/2009 LFB | T/C/email Stu Fleisher; email J Soley; Conf with L Wybiral | | 1.20 | 420.00 |
| 3/23/2009 LFB | T/C J Soley, L Tofel; review emails; T/C S Fleischer; Conf with L Wybiral | | 1.00 | 350.00 |
| 3/24/2009 LFB | Conference with L Wybiral re settlement strategy and approach to Harris analysis | | 1.40 | 490.00 |
| 3/27/2009 LFB | Conference with L Wybiral re tax returns | | 0.70 | 245.00 |
| 3/30/2009 LFB | Review complaint; review LT F Maas; T/C S Fleischer; Conf w L Wybiral | | 3.00 | 1,050.00 |
|  LSW | T/C Stu Fleischer; review and revise pre-settlement conference letter, fax to Magistrate Judge Maas; emails to/from JS re: same | | 1.00 | 250.00 |
| 3/31/2009 LFB | Prepare for meeting with J Soley; T/C S Fleischer; review charts | | 2.00 | 700.00 |
|  | For professional services rendered | | 14.60 | $4,780.00 |
|  | Previous balance | | | $2,573.14 |
| 3/27/2009 | Payment - thank you. Check No. 8598 | | | ($2,573.14) |
|  | Total payments and adjustments | | | ($2,573.14) |
|  | Balance due | | | $4,780.00 |

# LOUIS F. BURKE P.C.
#### ATTORNEY AT LAW
### 460 Park Avenue
### 21st Floor
### New York, New York 10022

Telephone: (212) 682-1700
Facsimile: (212) 808-4280
E-Mail: lburke@lfblaw.com

May 13, 2009

Judy Soley
30 Griffen Avenue
Scarsdale NY 10583

In Reference To:   Soley v. Wasserman

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/1/2009 | LSW | Meeting with J. Soley to prepare for mediation; research Drysdale Securities in Westlaw news database. | 2.50 | 625.00 |
|  | LFB | Prepare for mediation; review complaint charts; T/C.S. Fleischer; MW J Soley; CF with L Wybiral | 3.60 | 1,260.00 |
| 4/2/2009 | LSW | Prepare damage chart, Harris stock/Drysdale timeline for mediation; attend settlement conference; review LT from Totel to Judge Maas re: discovery, email to JS. | 3.80 | 950.00 |
|  | LFB | Prepare for and attend mediation. | 3.80 | 1,330.00 |
|  | AM | Research - called fed, SEC, Treasury etc. trying to find a case # for Drysdale bankruptcy; also called bank Ct for So District. Researched on the internet, westlaw, etc. | 6.00 | 450.00 |
| 4/6/2009 | LW | Legal Research re statue of limitations of causes of action in complaint; draft memo to Lesli Wybiral to re statue of limitation research and defenses; draft memo re equitable estoppel | 4.50 | 1,125.00 |
| 4/7/2009 | LW | Legal Research re defenses to statute of limitations violations; research the continous representation rule; meeting with Lesli Wybiral to discuss research | 7.00 | 1,750.00 |

Judy Soley                                                                                    Page    2

                                                                                    Hours    Amount

| 4/7/2009 LSW | E-Mail Judge Maas endorsed letter to JS. | 0.20 | 50.00 |
| LFB | Review email letter from Maas; Conf with L Wybiral | 0.30 | 105.00 |
| 4/9/2009 LW | Legal Research re defenses to statute of limitations violations; research fraudulent concealment doctrine; research the continous representation rule; draft memo re: caselaw and legal research; meet with L Wybiral to discuss | 7.00 | 1,750.00 |
| LSW | Emails to/from JS re: TAPI; review TAPI bankruptcy docket, creditor matrix. | 0.40 | 100.00 |
| LFB | Conference with L Wybiral re Tapistron and BR; review documents | 0.50 | 175.00 |
| 4/13/2009 LW | Research re: defense to statute of limitations. revise memo to L Wybiral re research and defenses | 6.00 | 1,500.00 |
| LSW | Meeting JS re: addt'l documents; draft plaintiff's Rule 26(a) disclosure, T/C JS, LFB re: same, serve on defendant's counsel. | 2.00 | 500.00 |
| LFB | Review rule 26 disclosures; Conf with L Wybiral | 0.70 | 245.00 |
| 4/15/2009 LFB | Review tax returns; Conf L Wybiral re disclosures | 1.00 | 350.00 |
| 4/21/2009 LW | Legal Research re requirements for Rule 26(a) Initial Disclosures | 4.00 | 1,000.00 |
| 4/22/2009 LW | Legal Research re Rule 26(a) Initial Disclosures; draft letter to opposing counsel re sufficiency of their Initial Disclosures | 5.50 | 1,375.00 |
| 4/23/2009 LFB | Review emails; email to D Soley; review correspondence, MTD; Conf L Wybiral; review docs | 2.40 | 840.00 |
| 4/27/2009 LSW | Finalize and email LT Tofel re: deficiencies in defendant's Rule 26(a) disclosures; prepare for and attend discovery conference before MJ Maas. | 2.50 | 625.00 |
| LFB | Prepare for PHC before Hon J. Maas; attend PHC; CF L Wybiral | 3.00 | 1,050.00 |

Judy Soley                                                              Page    3

|  |  | | Hours | Amount |
|---|---|---|---|---|

| 4/30/2009 LSW | Legal Research re: pre-motion discovery needed to address motion to dismiss on statute of limitations grounds. | 0.40 | 100.00 |
|---|---|---|---|

For professional services rendered                                    67.10  $17,255.00

Additional Charges :

| 4/20/2009 LSW | Photocopies, telephone, facsimiles and postage - Village Copier Services (add'l copies of complaint) | 137.55 |
|---|---|---|

Total costs                                                                  $137.55

Total amount of this bill                                                 $17,392.55

Previous balance                                                          $4,780.00

4/20/2009  Payment - thank you. Check No. 8612                          ($4,780.00)

Total payments and adjustments                                         ($4,780.00)

Balance due                                                              $17,392.55

# LOUIS F. BURKE P.C.
### ATTORNEY AT LAW
## 460 Park Avenue
## 21st Floor
## New York, New York 10022

Telephone: (212) 682-1700
Facsimile: (212) 808-4280
E-Mail: lburke@lfblaw.com

June 15, 2009

Judy Soley
30 Griffen Avenue
Scarsdale NY 10583

In Reference To:   Soley v. Wasserman

Professional Services

|                  |     |                                                                                                   | Hours | Amount   |
|------------------|-----|---------------------------------------------------------------------------------------------------|-------|----------|
| 3/30/2009        | LSW | Legal Research re: pre-motion discovery needed to address motion to dismiss on statute of limitations grounds. | 0.40  | 100.00   |
| 5/19/2009        | LSW | T/C, email from D. Soley; email defendant's motion to dismiss to DS, JS.                           | 0.30  | 75.00    |
| 5/21/2009        | LFB | Review Maas opinion; CF L Wybiral                                                                  | 0.60  | 210.00   |
| 5/26/2009        | LFB | Review motion to dismiss; review cases                                                             | 2.00  | 700.00   |
|                  | LW  | Review Defendant's Motion to Dismiss and pull all caselaw; meeting with L Wybiral to discuss       | 3.00  | 750.00   |
| 5/27/2009        | LFB | Review MTD; T/C D Soley                                                                            | 1.00  | 350.00   |
|                  | LW  | Legal Research and begin to draft memorandum in opposition to Defendant's Motion to Dismiss        | 7.00  | 1,750.00 |
| 5/28/2009        | LW  | Legal Research and drafting Memorandum in Opposition to Defendant's Motion to Dismiss              | 4.50  | 1,125.00 |

Judy Soley

Page 2

Hours Amount

For professional services rendered

18.80 $5,060.00

Previous balance

$17,392.55

6/2/2009 Payment - thank you. Check No. 8637

($17,392.55)

Total payments and adjustments

($17,392.55)

Balance due

$5,060.00

## LOUIS F. BURKE P.C.
### ATTORNEY AT LAW
### 460 Park Avenue
### 21st Floor
### New York, New York 10022

**Telephone: (212) 682-1700**
**Facsimile: (212) 808-4280**
**E-Mail: lburke@lfblaw.com**

July 09, 2009

Judy Soley
30 Griffen Avenue
Scarsdale NY 10583

In Reference To:    Soley v. Wasserman

Professional Services

|              |     |                                                                                                                                            | Hours | Amount   |
|--------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 6/1/2009     | LW  | Legal Research and drafting memorandum in opposition to Defendant's Motion to Dismiss                                                       | 4.50  | 1,125.00 |
|              | LSW | E-Mail , T/C L. Tofel re: extension of time to respond to MTD; LT Judge Maas requesting same; review order granting extension, email same to DS, JS | 0.50  | 125.00   |
| 6/2/2009     | LW  | Legal Research · and drafting memorandum in opposition to Defendant's Motion to. Dismiss                                                    | 7.50  | 1,875.00 |
| 6/3/2009     | LW  | Legal Research and drafting Memorandum in Opposition to Defendant's Motion to Dismiss                                                       | 7.00  | 1,750.00 |
|              | LFB | Review issues of MTD                                                                                                                        | 0.60  | 210.00   |
| 6/4/2009     | LFB | Review documents                                                                                                                           | 1.00  | 350.00   |

Judy Soley                                                                    Page       2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/5/2009 LSW | | Legal Research; draft opposition brief | 3.00 | 750.00 |
| 6/8/2009 LSW | | Legal Research; draft opposition brief. | 4.00 | 1,000.00 |
| 6/9/2009 LSW | | Draft opposition brief | 4.00 | 1,000.00 |
| | LSW | Legal research, finalize opposition brief; draft TOC, Declaration; prepare and scan for filing on ECF, file papers. | 14.00 | 3,500.00 |
| | LFB | Review cases and draft of response to MTD | 2.00 | 700.00 |
| 6/10/2009 LFB | | Review and revise brief in opposition | 3.00 | 1,050.00 |
| 6/11/2009 LSW | | E-Mail  brief to JS, DS; LT Judge Crotty with courtesy copies of brief and declaration; | 0.50 | 125.00 |
| 6/12/2009 LFB | | Review brief and documents | 1.00 | 350.00 |
| 6/25/2009 LSW | | Review defendant's reply brief, email to JS, DS; | 0.40 | 100.00 |
| | LFB | Review reply brief; CF L Wybiral | 1.00 | 350.00 |
| | LFB | Review documents; review Wasserman brief | 1.00 | 350.00 |
| 6/29/2009 LFB | | Review brief and docs; CF L Wybiral | 1.00 | 350.00 |

For professional services rendered                                          56.00 $15,060.00

Additional Charges :

5/1/2009- LFB      Legal Research                                                       973.13
6/30/2009

Total costs                                                                            $973.13

Total amount of this bill                                                            $16,033.13

Previous balance                                                                     $5,060.00

6/29/2009 Payment - thank you. Check No. 8655                                        ($5,060.00)

Total payments and adjustments                                                      ($5,060.00)

Judy Soley

Amount

Balance due

$16,033.13

## LOUIS F. BURKE P.C.
ATTORNEY AT LAW
**460 Park Avenue**
**21ˢᵗ Floor**
**New York, New York 10022**

Telephone: (212) 682-1700
Facsimile: (212) 808-4280
E-Mail: lburke@lfblaw.com

August 12, 2009

Judy Soley
30 Griffen Avenue
Scarsdale NY 10583

In Reference To:   Soley v. Wasserman

Professional Services

|  | Hours | Amount |
|---|---|---|
| 7/17/2009 LFB  Review documents re: stock & MTD | 1.00 | 350.00 |
| 7/22/2009 LFB  Review documents and T of C brief | 1.00 | 350.00 |
| For professional services rendered | 2.00 | $700.00 |

Additional Charges :

| 2/26/2009 LSW   Deluxe Delivery (courier) to L. Tofel | 7.50 |
|---|---|
| Total costs | $7.50 |
| Total amount of this bill | $707.50 |
| Previous balance | $16,033.13 |
| 8/5/2009 Payment - thank you. Check No. 8675 | ($16,033.13) |
| Total payments and adjustments | ($16,033.13) |

Judy Soley

Amount

Balance due                                                          $707.50

### LOUIS F. BURKE P.C.
ATTORNEY AT LAW
#### 460 Park Avenue
#### 21st Floor
#### New York, New York 10022

Telephone: (212) 682-1700
Facsimile: (212) 808-4280
E-Mail: lburke@lfblaw.com

September 08, 2009

Judy Soley
30 Griffen Avenue
Scarsdale NY 10583

In Reference To:   Soley v. Wasserman

Additional Charges :

| | | | Amount |
|---|---|---|---|
| 6/10/2009 LSW | Travel Expense - Corporate Transportation Group. Worked late on opposition to defendant's motion to dismiss. | | 92.72 |
| 8/31/2009 LFB | LiveNote and WestCase | | 250.00 |
| | Total costs | | $342.72 |
| | Previous balance | | $707.50 |
| 9/2/2009 | Payment - thank you. Check No. 8690 | | ($707.50) |
| | Total payments and adjustments | | ($707.50) |
| | Balance due | | $342.72 |

# LOUIS F. BURKE P.C.
## ATTORNEY AT LAW
**460 Park Avenue**
**21ˢᵀ Floor**
**New York, New York 10022**

Telephone: (212) 682-1700
Facsimile: (212) 808-4280
E-Mail: lburke@lfblaw.com

October 12, 2009

Judy-Soley
30 Griffen Avenue
Scarsdale NY 10583

In Reference To:   Soley v. Wasserman

Additional Charges :

|  |  | Amount |
|---|---|---|
| 9/1/2009-LFB    LiveNote and WestCase 9/30/2009 |  | 250.00 |
| Total costs |  | $250.00 |
| Previous balance |  | $342.72 |
| 10/5/2009 Payment - thank you. Check No. 8706 |  | ($342.72) |
| Total payments and adjustments |  | ($342.72) |
| Balance due |  | $250.00 |

# LOUIS F. BURKE P.C.
### ATTORNEY AT LAW
## 460 Park Avenue
## 21ˢᵗ Floor
## New York, New York 10022

**Telephone: (212) 682-1700**
**Facsimile: (212) 808-4280**
**E-Mail: lburke@lfblaw.com**

November 16, 2009

Judy Soley
30 Griffen Avenue
Scarsdale NY 10583

In Reference To:   Soley v. Wasserman

Additional Charges :

|  |  |  | Amount |
|---|---|---|---|
| 11/8/2008 LSW | Process Service - Summons & Complaint; Civil Cover Sheet; Individual Protectors of USDJ Paul A Crotty; Magistrate Judge Maas; ECF Rules, etc. | | $130.00 |
| 9/1/2009-LFB 9/30/2009 | LiveNote and WestCase | | 250.00 |
| 10/30/2009 LFB | LiveNote and WestCase | | 250.00 |
| | Total costs | | $630.00 |
| | Previous balance | | $342.72 |
| 10/5/2009 | Payment - thank you. Check No. 8706 | | ($342.72) |
| 10/29/2009 | Payment - thank you. Check No. 8724 | | ($250.00) |
| | Total payments and adjustments | | ($592.72) |
| | Balance due | | $380.00 |

# LOUIS F. BURKE P.C.
### ATTORNEY AT LAW
## 460 Park Avenue
## 21st Floor
## New York, New York 10022

Telephone: (212) 682-1700
Facsimile: (212) 808-4280
E-Mail: lburke@lfblaw.com

December 10, 2009

Judy Soley
30 Griffen Avenue
Scarsdale NY 10583

In Reference To:   Soley v. Wasserman

Additional Charges :

|  |  | Amount |
|---|---|---|
| 11/1/2009- LSW   LiveNote and WestCase 11/30/2009 |  | 250.00 |
| Total costs |  | $250.00 |
| Previous balance |  | $380.00 |
| Balance due |  | $630.00 |

## LOUIS F. BURKE P.C.
ATTORNEY AT LAW
### 460 Park Avenue
### 21st Floor
### New York, New York 10022

Telephone: (212) 682-1700
Facsimile: (212) 808-4280
E-Mail: lburke@lfblaw.com

January 08, 2010

Judy Soley
30 Griffen Avenue
Scarsdale NY 10583

In Reference To:    Soley v. Wasserman

Additional Charges :

|  | Amount |
|---|---|
| 12/1/2009-LFB    LiveNote and WestCase<br>12/31/2009 | 250.00 |
| Total costs | $250.00 |
| Previous balance | $630.00 |
| 12/18/2009 Payment - thank you. Check No. 8752 | ($380.00) |
| 12/30/2009 Payment - thank you. Check No. 8758 | ($250.00) |
| Total payments and adjustments | ($630.00) |
| Balance due | $250.00 |