Soley

**LOUIS F. BURKE P.C.**
ATTORNEY AT LAW
**460 Park Avenue
21st Floor
New York, New York 10022**

Telephone: (212) 682-1700
Facsimile: (212) 808-4280
E-Mail: lburke@lfblaw.com

January 08, 2010

Judy Soley
30 Griffen Avenue
Scarsdale NY 10583

In Reference To: Soley v. Wasserman

Additional Charges :

|  |  | Amount |
|---|---|---:|
| 12/1/2009- LFB  LiveNote and WestCase 12/31/2009 |  | 250.00 |
|  | Total costs | $250.00 |
|  | Previous balance | $630.00 |
| 12/18/2009 Payment - thank you. Check No. 8752 |  | ($380.00) |
| 12/30/2009 Payment - thank you. Check No. 8758 |  | ($250.00) |
|  | Total payments and adjustments | ($630.00) |
|  | Balance due | $250.00 |

Soley
POSTED
Vip pmt

# LOUIS F. BURKE P.C.
ATTORNEY AT LAW
460 Park Avenue
21st Floor
New York, New York 10022

Telephone: (212) 682-1700
Facsimile: (212) 808-4280
E-Mail: lburke@lfblaw.com

April 14, 2010

Judy Soley
30 Griffen Avenue
Scarsdale NY 10583

In Reference To:   Soley v. Wasserman

Professional Services

|            |     |                                                                                              | Hours | Amount |
|------------|-----|----------------------------------------------------------------------------------------------|-------|--------|
| 3/12/2010  | LSW | Review decision on motion to dismiss, email same to J. Soley and D. Soley; T/C D. Soley      | 0.70  | 175.00 |
|            | LFB | Review court decision; tc D Soley; emails with J Soley; CF L Wybiral                         | 1.00  | 350.00 |
| 3/15/2010  | LSW | T/C J. Soley re: mtg to discuss decision and going forward                                   | 0.30  | 75.00  |
| 3/16/2010  | LSW | Review Decision; mtg with Judy and John Soley; T/C L. Tofel re: scheduling issues.           | 3.40  | 850.00 |
|            | ANM | Legal Research on how to plead investment advisor                                            | 1.00  | 150.00 |
| 3/18/2010  | ANM | Research - People mapped Judi and Peter Wasserman                                            | 0.50  | 75.00  |
| 3/19/2010  | ANM | Finalized outline of Crotty opinion                                                          | 1.50  | 225.00 |
| 3/22/2010  | LSW | E-Mail to LT re: briefing schedule, discovery stay.                                          | 0.30  | 75.00  |

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 3/23/2010 | LSW | E-Mail to LT re: briefing schedule, discovery stay. | 0.30 | 75.00 |
| 3/24/2010 | LSW | Legal Research on discovery stay during pendency of dispositive motion, emails to/from LT re: same. | 1.00 | 250.00 |
| 3/25/2010 | LSW | Review LT letter to Court, draft response; email to LT re: same. | 1.00 | 250.00 |
|  | LSW | Review LT letter to Court, draft response; email to LT re: same. | 1.00 | 250.00 |
|  | LFB | Review emails from Tofel; cf L Wybiral; rev corres and stip. | 1.20 | 420.00 |
| 3/26/2010 | LFB | Review emails from Tofel; cf L Wybiral; rev corres and stip.; rev and revise lt Judge | 1.80 | 630.00 |
|  | LSW | Draft, review and revise LT to Judge Crotty in response to Tofel letter, file with Court; | 1.00 | 250.00 |
| 3/29/2010 | LSW | Review LT letter to Judge Crotty. | 0.30 | 75.00 |
| 3/30/2010 | LSW | Review Judge Crotty's Order re: request for extension of time to file amended complaint, email same to JS, DS; calendar 5/20 pretrial conference. | 0.40 | 100.00 |
|  | LFB | Review decision; CF L Wybiral | 0.50 | 175.00 |
| 3/31/2010 | LFB | Review emails; CF L Wybiral | 0.50 | 175.00 |
|  |  | For professional services rendered | 17.70 | $4,625.00 |

Additional Charges :

|  |  |  |  |
|---|---|---|---:|
| 1/1/2010-1/31/2010 | LFB | LiveNote and WestCase | 250.00 |
| 3/1/2010-3/31/2010 | LFB | Legal Research | 425.00 |
|  | Total costs |  | $675.00 |
|  | Total amount of this bill |  | $5,300.00 |
|  | Previous balance |  | $250.00 |

Judy Soley                                                                                              Page    3

                                                                                                       Amount

1/21/2010  Payment - thank you. Check No. 8776                                                       ($250.00)

           Total payments and adjustments                                                            ($250.00)

           Balance due                                                                              $5,300.00

Soley

POSTED
6/22/10

## LOUIS F. BURKE P.C.
ATTORNEY AT LAW
460 Park Avenue
21st Floor
New York, New York 10022

Telephone: (212) 682-1700
Facsimile: (212) 808-4280
E-Mail: lburke@lfblaw.com

June 22, 2010

Judy Soley
30 Griffen Avenue
Scarsdale NY 10583

In Reference To: Soley v. Wasserman

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 5/6/2010 | ANM | Legal Research and memo on investment advisor definition | 2.50 | 375.00 |
| 5/10/2010 | LSW | Legal Research; draft amended complaint; email to JS, DS re: same; emails to/from LT re: adjourning 5/20 conference. | 3.00 | 750.00 |
| 5/11/2010 | LSW | Draft amended complaint. | 2.00 | 500.00 |
| 5/13/2010 | LSW | Draft complaint, email to DS, JS for review. | 4.00 | 1,000.00 |
|  | ANM | Checked chart for Solely for amended complaint that Leslie was writing | 0.30 | 45.00 |
| 5/14/2010 | LSW | Revise amended complaint, T/Cs, emails to/from Judy Soley re: same; serve on all parties, counsel; trip to/from SDNY to file. | 8.00 | 2,000.00 |
| 5/17/2010 | LSW | E-Mails to/from Tofel re: .pdf errors in amended complaint. | 0.40 | 100.00 |

Judy Soley                                                                 Page    2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/25/2010 | LFB | Conference with L Wybiral re PTC | 0.50 | 175.00 |
| 5/26/2010 | LSW | Prepare for and attend Preliminary Conference at SDNY. | 1.00 | 250.00 |
|  | LFB | Conference with L Wybiral re PTC and review notes of conference | 0.50 | 175.00 |
| 5/27/2010 | LFB | Review emails; Cf L Wybiral re email from D Soley | 0.50 | 175.00 |
|  | LSW | E-Mail to JS re: result of 5/26 PC; | 0.30 | 75.00 |
| 5/28/2010 | LSW | T/C Judy Soley re: mediation. | 0.40 | 100.00 |
|  |  | For professional services rendered | 23.40 | $5,720.00 |

Additional Charges :

| 4/1/2010-4/30/2010 | LFB | LiveNote and WestCase |  | 250.00 |
|---|---|---|---|---|
| 5/1/2010-5/31/2010 | LFB | LiveNote and WestCase |  | 250.00 |
|  | LSW | Legal Research for amended complaint |  | 777.50 |
| 5/14/2010 | LSW | Travel to/from USDC SDNY to file amended complaint |  | 44.44 |
|  |  | Total costs |  | $1,321.94 |
|  |  | Total amount of this bill |  | $7,041.94 |
|  |  | Previous balance |  | $5,300.00 |
| 5/5/2010 |  | Payment - thank you. Check No. 8828 |  | ($5,300.00) |
|  |  | Total payments and adjustments |  | ($5,300.00) |
|  |  | Balance due |  | $7,041.94 |



June 22, 2010 [30]

Judy Soley
30 Griffen Avenue
Scarsdale NY 10583

In Reference To: Soley v. Wasserman

Additional Charges: *½ Hours.*

| | Amount |
|---|---|
| 6/25/2010 LSW Travel to federal court for conference and travel from federal court to office | 33.74 |
| Total costs | $33.74 |
| Previous balance | $7,041.94 |
| Balance due | $7,075.68 |

*Soley*

# LOUIS F. BURKE P.C.
ATTORNEY AT LAW
**460 Park Avenue**
**21st Floor**
**New York, New York 10022**

Telephone: (212) 682-1700
Facsimile: (212) 808-4280
E-Mail: lburke@lfblaw.com

August 10, 2010

Judy Soley
30 Griffen Avenue
Scarsdale NY 10583

In Reference To:   Soley v. Wasserman

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 7/12/2010 | LSW | E-Mail defendant's motion to dismiss to JS, DS; review motion to dismiss. | 0.40 | 100.00 |
| 7/15/2010 | LSW | T/C J. Soley re: mediation, response to motion to dismiss. | 0.30 | 75.00 |
| 7/26/2010 | EG | Researched whether the Equal Access to Justice Act Applies to stock exchanges; Cite Checked Memorandum in Support of Defendant's Motion to Dismiss (Soley) | 6.00 | 900.00 |
| 7/27/2010 | EG | Cite Checked Memorandum in Support of Defendant's Motion to Dismiss | 7.00 | 1,050.00 |
| 7/28/2010 | EG | Cite Checked Memorandum in Support of Defendant's Motion to Dismiss | 7.00 | 1,050.00 |
| 7/29/2010 | EG | Cite Checked Memorandum in Support of Defendant's Motion to Dismiss | 2.50 | 375.00 |
| 7/30/2010 | EG | Cite Checked Memorandum in Support of Defendant's Motion to Dismiss | 3.50 | 525.00 |

Judy Soley                                                                 Page    2

|  | Hours | Amount |
|---|---|---|
| For professional services rendered | 26.70 | $4,075.00 |

Additional Charges :

| | | Amount |
|---|---|---|
| 7/1/2010-<br>7/31/2010 | LFB   LiveNote and WestCase - Legal Research | 250.00 |
| | LSW   Legal Research | 250.00 |
| | Total costs | $500.00 |
| | Total amount of this bill | $4,575.00 |
| | Previous balance | $7,075.68 |
| 7/12/2010 | Payment - thank you. Check No. 8873 | ($7,075.68) |
| | Total payments and adjustments | ($7,075.68) |
| | Balance due | $4,575.00 |