## LOUIS F. BURKE P.C.
### ATTORNEYS AT LAW
### 460 Park Avenue
### 21st Floor
### New York, New York 10022

Telephone: (212) 682-1700
Facsimile: (212) 808-4280
E-Mail: lburke@lfblaw.com

March 06, 2013

Judy Soley
30 Griffen Avenue
Scarsdale, NY 10583

In Reference To:   Soley v. Wasserman

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/13/2013 | LSW | Review Opinion, T/C Judge Wood's chambers re: scan of full opinion | 1.00 | 375.00 |
| | EG | Drafted chart summary of decision | 3.00 | 675.00 |
| 2/14/2013 | LSW | T/C Judge Wood's chambers re: full opinion, calendar dates | 0.30 | 112.50 |
| | LFB | Review decision; conference with L Wybiral re: decision; T/C J Soley re: decision | 1.00 | 500.00 |
| | EG | Drafted chart of opinion | 6.00 | 1,350.00 |
| 2/15/2013 | LFB | Review summary of J Wood decision; conference with L Wybiral re: decision | 1.00 | 500.00 |
| | AT | Review court ruling; legal research re: relief for accounting claim for joint stocks | 1.00 | 375.00 |

|            |     |                                                                                                                                                                                                                                                  | Hours | Amount   |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 2/15/2013  | EG  | Completed chart of judicial opinion                                                                                                                                                                                                              | 2.00  | 450.00   |
| 2/19/2013  | LSW | Conference with LFB, AT re: LT due 2/25, possible motion to reconsider                                                                                                                                                                          | 1.00  | 375.00   |
|            | AT  | Review Wood individual practice rules re: pretrial preparation; conference with Burke re: letter from Tofel and pretrial preparation; Mark up complaint; review Wasserman transcript re: discovery issues raised in depositions; conference with L Burke and L Wybiral re: motion for reconsideration | 7.80  | 2,925.00 |
| 2/20/2013  | LSW | Conference with AT, LB re: letter to Court; 2/25 joint letter and trial scheduling                                                                                                                                                             | 0.50  | 187.50   |
|            | LFB | Review decision; review transcripts and documents; conference with L Wybiral and A Tripp; T/C L Tofel, J Soley                                                                                                                                 | 3.50  | 1,750.00 |
|            | AT  | Review Wasserman and Kamras transcripts re: discovery issues; review Tofel letter to court and pleadings re: Order of Wood; conference with L Burke; draft letter to court                                                                      | 4.50  | 1,687.50 |
| 2/21/2013  | LSW | T/C LT, LB re: schedule                                                                                                                                                                                                                         | 0.40  | 150.00   |
|            | LFB | Review decisions and discuss dates with L Tofel; conference with L Wybiral and A Tripp                                                                                                                                                         | 1.50  | 750.00   |
| 2/22/2013  | LFB | Review draft of letter to J Wood review prior decisions and transcripts; conference L Wybiral and A Tripp                                                                                                                                      | 1.60  | 800.00   |
| 2/25/2013  | LSW | Revise LT Judge Wood re: pretrial scheduling email to/from all parties re: comments, finalize and file with Court, parties                                                                                                                     | 0.80  | 300.00   |
|            | LFB | Finalize letter to J Wood; conference L Wybiral and A Tripp                                                                                                                                                                                     | 0.40  | 200.00   |
| 2/26/2013  | LFB | Conference with A Tripp re: open issues before judge                                                                                                                                                                                            | 0.80  | 400.00   |
| 2/27/2013  | LFB | Conference with A Tripp re: open issues before judge                                                                                                                                                                                            | 0.80  | 400.00   |
|            | AT  | Conference with L Burke re: next steps and motion for reconsideration                                                                                                                                                                           | 0.50  | 187.50   |

|  | Hours | Amount |
|---|---|---|
| 2/26/2013 LFB   Conference with A Tripp re: open issues before judge; conference with L Wybiral | 0.40 | 200.00 |
| For professional services rendered | 39.80 | $14,650.00 |
| For professional services rendered | 39.80 | $14,650.00 |
| Previous balance | | $24,177.38 |
| 1/3/2013 Payment - thank you | | ($24,177.38) |
| Total payments and adjustments | | ($24,177.38) |
| Balance due | | $14,650.00 |

## LOUIS F. BURKE P.C.
### ATTORNEYS AT LAW
### 460 Park Avenue
### 21st Floor
### New York, New York 10022

Telephone: (212) 682-1700
Facsimile: (212) 808-4280
E-Mail: lburke@lfblaw.com

April 03, 2013

Judy Soley
30 Griffen Avenue
Scarsdale, NY 10583

In Reference To:    Soley v. Wasserman

Professional Services

|  |  | | Hours | Amount |
|---|---|---|---|---|
| 3/1/2013 LFB | Conference with A Tripp and L Wybiral re: open issues before judges | | 0.50 | 250.00 |
| 3/2/2013 LFB | Conference with A Tripp and L Wybiral re open issues before judge | | 0.70 | 350.00 |
| 3/4/2013 LFB | Review draft of letter to J Wood; review prior decisions and transcripts; conference with L Wybiral and A Tripp | | 1.20 | 600.00 |
| EG | Started draft of analysis of decisions | | 1.00 | 225.00 |
| 3/5/2013 LSW | Review Judge Wood's rules of practice, conference with LFB, draft, revise LFB Affidavit of Engagement | | 1.00 | 375.00 |
| LFB | Review emails; set up dates for deposition and mediation with L Tofel; conference with A Tripp, L Wybiral; review affidavit of engagement | | 1.60 | 800.00 |
| 3/6/2013 LSW | Finalize, file with the Court and serve opposing counsel with LFB affidavit of engagement | | 0.40 | 150.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 3/6/2013 | LFB | Review emails; conference with L Wybiral; finalize affidavit of engagement; T/C JAMS | 0.80 | 400.00 |
| | EG | Drafted detailed analysis of Tofel deposition objections | 5.00 | 1,125.00 |
| 3/7/2013 | LFB | Review and send emails to Tofel re: expert depositions and mediation; t/c JAMS; T/C D Soley; conference with L Wybiral | 2.50 | 1,250.00 |
| | EG | drafted analysis of all decisions in case along with cites to Tofel objections | 2.00 | 450.00 |
| | AT | Correspondence w. L. Burke re: scheduling; review court pretrial procedure and schedule for pretrial brief. | 0.50 | 187.50 |
| 3/8/2013 | LFB | T/C J Soley, A Tripp; review correspondence re: prior settlement negotiations | 1.00 | 500.00 |
| 3/11/2013 | LSW | Conference with LFB re: joint pretrial order | 0.40 | 150.00 |
| | LFB | Meeting w A Tripp and L Wybiral re: Joint Order; review correspondence re: prior settlement negotiations | 1.60 | 800.00 |
| | EG | drafted analysis of all decisions in case along with cites to Tofel objections | 3.00 | 675.00 |
| | AT | Research re: Jury Instructions; conference w. L. Burke and L. Wybiral re: trial preparation and pretrial brief | 1.70 | 637.50 |
| 3/12/2013 | LFB | Review correspondence re: prior settlement negotiations; review depositions | 3.00 | 1,500.00 |
| | EG | created analysis of Tofel objections in depositions | 6.30 | 1,417.50 |
| 3/13/2013 | LFB | Review correspondence; Conference with A Tripp; review depositions | 2.00 | 1,000.00 |
| | EG | Drafted analysis of Tofel Objections in depositions | 4.50 | 1,012.50 |

| Date | | Description | Hours | Amount |
|------|---|-------------|-------|--------|
| | | | Hours | Amount |
| 3/13/2013 | AT | Prepare draft of pretrial order and list of stipulated facts | 2.30 | 862.50 |
| 3/14/2013 | LFB | Review correspondence; conference with A Tripp; review Depositions; prepare Q & A | 2.00 | 1,000.00 |
| | EG | created analysis of Tofel objections in depositions re: issues in case | 5.00 | 1,125.00 |
| | AT | Draft exhibit lists for trial | 3.40 | 1,275.00 |
| 3/15/2013 | EG | created analysis of Tofel Objections re: issues still in case | 5.00 | 1,125.00 |
| | AT | Draft chart of elements of claims and supporting evidence; prepare exhibit list | 2.70 | 1,012.50 |
| 3/16/2013 | LFB | Review correspondence; review depositions; prepare Q&A | 1.00 | 500.00 |
| 3/18/2013 | LFB | Review documents and outlines for pre-trial order; conference with A Tripp; review depositions and Tofel objections; prepare Q&A; Meeting with L Tofel; conference with J Soley | 4.00 | 2,000.00 |
| | EG | sent combined Tofel objections and comparison to issues still pending in the case | 0.20 | 45.00 |
| | EG | sent citations to Tofel objections re: issues pending in the matter | 0.20 | 45.00 |
| | AT | Conference w. L. Burke re: meeting with opposing counsel; prepare for and attend meeting; conference w. L. Burke and L. Wybiral re: trial preparation | 2.90 | 1,087.50 |
| 3/19/2013 | LFB | Review documents and outlines for pre trial order; conference with A Tripp; review depositions and Tofel objections; prepare Q & A; review emails from L Tofel re: transcripts; conference with J Soley | 4.00 | 2,000.00 |
| | AT | Email to opposing counsel re: transcripts; draft list of stipulated facts; review R. 56.1 statements and draft facts for pretrial order | 8.80 | 3,300.00 |
| 3/20/2013 | LFB | Review documents and outlines for pre trial order; conference with A Tripp; review Depositions and Tofel letter; prepare Q & A; Conference with J Soley | 3.00 | 1,500.00 |

|            |     |                                                                                                                                                    | Hours | Amount   |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 3/20/2013  | EG  | Pulled cases from Tofel Letter                                                                                                                      | 2.00  | 450.00   |
|            | AT  | Review exhibits for trial; conference w. L. Wybiral re: jury trial issues; legal research re: right to jury trial and motion to strike              | 6.90  | 2,587.50 |
| 3/21/2013  | LFB | Review documents and outlines for pre trial order; Conference with A Tripp; review depositions and Tofel letter; respond to Tofel letter re Jury; continue to prepare Q & A; conference with J Soley | 3.00  | 1,500.00 |
|            | LSW | Meeting with AT, LB re: trial preparation and joint pretrial order                                                                                  | 0.40  | 150.00   |
|            | AT  | Review pleadings re: legal and equitable claims; legal research re: pleadings and defenses and right to jury trial; draft memo re: jury trial right; draft stipulated facts and exhibit list. | 8.10  | 3,037.50 |
| 3/22/2013  | LFB | Review documents and outlines for pre trial order; conference with A Tripp; continue to prepare Q & A; conference with J Soley                      | 2.00  | 1,000.00 |
|            | LSW | Draft proposed voir dire                                                                                                                            | 2.00  | 750.00   |
|            | AT  | Draft pretrial order; send template order to opposing counsel; revise proposed stipulations.                                                       | 2.10  | 787.50   |
| 3/24/2013  | AT  | Review Kamras deposition                                                                                                                            | 3.30  | 1,237.50 |
| 3/25/2013  | LFB | Review documents and outlines for pre trial order; conference with A Tripp; continue to prepare Q & A                                               | 2.00  | 1,000.00 |
| 3/26/2013  | LFB | Review documents and outlines for pre trial order; conference with A Tripp; continue to prepare Q & A                                               | 2.00  | 1,000.00 |
|            | AT  | Legal research re: right to jury trial; review case law re: right to jury trial.                                                                    | 4.20  | 1,575.00 |
|            | AT  | Draft exhibit list for trial; conf. w. L. Burke re: pretrial order; draft stipulated facts.                                                         | 6.30  | 2,362.50 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|

| 3/27/2013 | LFB | Review documents and outlines for pre trial order; conference with A Tripp; continue to prepare Q & A; review stipulated facts | 3.00 | 1,500.00 |
|  | AT | Revise stipulated facts, conference w. L. Burke re: pretrial order schedule; draft email to opposing counsel re: deposition transcripts; research elements of fact and law and add to pretrial order; emails to Lopeman re: transcript. | 8.20 | 3,075.00 |
| 3/28/2013 | LFB | Review Brief to strike Jury; continue to prepare Q & A. review Stipulated facts | 1.00 | 500.00 |
|  | AT | Conference w. L. Burke re: motion to strike jury trial; draft e-mail to opposing counsel re: transcripts; conference w. L. Burke re: stipulated facts and law; review motion to strike jury demand; legal research re: jury motion | 11.20 | 4,200.00 |
| 3/29/2013 | AT | Legal research re: opposition to motion to strike jury trial; draft motion for jury trial. | 5.50 | 2,062.50 |
| 3/30/2013 | AT | Draft motion in opposition to motion to strike demand for jury trial | 8.00 | 3,000.00 |
| 3/31/2013 | AT | Legal research re: opposition to strike jury trial memo; draft stipulated facts; conference w. L. Burke; draft David Pass subpoena; revise stipulations of fact and law | 11.50 | 4,312.50 |

For professional services rendered      177.90 $66,820.00

Additional Charges :

| 10/12/2012 | LSW | FedEx | 30.19 |
|---|---|---|---|
|  | LSW | FedEx | 15.74 |

Total costs      $45.93

For professional services rendered      177.90 $66,865.93

Total amount of this bill      $66,865.93

Previous balance      $14,650.00

|                                                      |      Amount      |
| ---------------------------------------------------- | ---------------: |
| 3/13/2013 Payment - thank you. Check No. 9432        |   ($14,650.00)   |
| Total payments and adjustments                       |   ($14,650.00)   |
| Balance due                                          |    $66,865.93    |

## LOUIS F. BURKE P.C.
### ATTORNEYS AT LAW
### 460 Park Avenue
### 21st Floor
### New York, New York 10022

Telephone: (212) 682-1700
Facsimile: (212) 808-4280
E-Mail: lburke@lfblaw.com

May 02, 2013

Judy Soley
30 Griffen Avenue
Scarsdale, NY 10583

In Reference To: Soley v. Wasserman

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| 4/1/2013 LFB | Review PTO documents with A Tripp; prepare all court pre-trial documents; prepare Q & A, Review stipulated facts | 3.00 | 1,500.00 |
| AT | Legal research re: motion to strike jury demand; draft stipulations of fact and law; conf. w. L. Wybiral re: case status and subpoenas; draft David Pass subpoena; review cases re: right to jury trial | 11.50 | 4,312.50 |
| 4/2/2013 LFB | Review PTO documents with A Tripp; prepare all court pre-trial documents; prepare Q & A. Review stipulated facts | 3.00 | 1,500.00 |
| AT | Legal research of cases re: right to jury trial | 5.50 | 2,062.50 |
| EG | Checked Factual Statements for Accuracy | 1.40 | 315.00 |
| 4/3/2013 LFB | Review PTO documents with A Tripp; prepare all court pre-trial documents; prepare Q & A. review stipulated facts | 3.00 | 1,500.00 |
| AT | Legal research re: right to jury trial; draft opposition to motion to strike demand for jury trial | 6.00 | 2,250.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/3/2013 | EG | Checked factual assertion for accuracy | 5.00 | 1,125.00 |
| 4/4/2013 | LFB | Review PTO documents with A Tripp; prepare all court pre-trial documents; prepare Q & A. Review stipulated facts | 3.50 | 1,750.00 |
| | AT | Revise draft brief in opposition to motion to strike jury demand; legal research re: cases in moving brief; revise brief re: damages and restitution; draft exhibit list | 6.30 | 2,362.50 |
| | EG | checked factual assertions for accuracy | 4.00 | 900.00 |
| 4/5/2013 | LSW | Finalize, file and serve opposition to defendant's motion to strike plaintiff's jury demand | 1.00 | 375.00 |
| | LFB | Review PTO documents with A Tripp; prepare all court pre-trial documents; prepare Q & A; review stipulated facts | 4.50 | 2,250.00 |
| | AT | Conf. w. L. Burke and L. Wybiral re: jury trial motion, review exhibit list | 4.50 | 1,687.50 |
| 4/7/2013 | LFB | Review PTO documents with A Tripp; prepare all court pre-trial documents; prepare Q & A; review stipulated facts | 4.00 | 2,000.00 |
| 4/8/2013 | LFB | Review PTO documents with A Tripp; prepare all court pre-trial documents; prepare Q & A; review stipulated facts | 4.00 | 2,000.00 |
| 4/9/2013 | LFB | Review PTO documents with A Tripp; prepare all court pre-trial documents; prepare Q & A; review stipulated facts | 4.00 | 2,000.00 |
| | AT | Review Tofel markup of pretrial order and proposed stipulations; revise pretrial order | 2.30 | 862.50 |
| 4/10/2013 | LFB | Review PTO documents with A Tripp; prepare all court pre-trial documents; prepare Q & A; review stipulated facts | 4.00 | 2,000.00 |
| | AT | Revise Pretrial Order and Stipulations, conf. w. L. Burke re: Pretrial Order | 4.40 | 1,650.00 |
| 4/11/2013 | AT | Revise stipulated facts, conf. w. L. Burke, revise Pretrial Order and proposed stipulations | 6.60 | 2,475.00 |

|            |     |                                                                                                      | Hours | Amount   |
|------------|-----|------------------------------------------------------------------------------------------------------|-------|----------|
| 4/11/2013  | LFB | Review PTO documents with A Tripp; prepare all court pre-trial documents; prepare Q&A. Review stipulated facts | 3.00  | 1,500.00 |
| 4/12/2013  | LSW | Conference with A Tripp re: pretrial materials                                                        | 0.40  | 150.00   |
|            | EG  | Obtained and organized first exhibit lists                                                           | 4.00  | 900.00   |
|            | LFB | Review PTO documents with A Tripp; prepare all court pre-trial documents; prepare Q&A. Review stipulated facts | 3.00  | 1,500.00 |
|            | AT  | Review deposition transcripts; assemble trial documents and review for Pretrial Order                | 0.90  | 337.50   |
| 4/13/2013  | LFB | Review PTO documents with A Tripp; prepare all court pre-trial documents; prepare Q&A; review stipulated facts | 3.00  | 1,500.00 |
| 4/14/2013  | LFB | Review PTO documents with A Tripp; prepare all court pre-trial documents; Prepare Q & A; review stipulated facts | 3.00  | 1,500.00 |
|            | AT  | Draft Pretrial Order; proposed facts for order; review R. 56.1 order and Casey Stern documents        | 2.70  | 1,012.50 |
| 4/15/2013  | EG  | Obtained and Organized Exhibits Listed                                                               | 4.00  | 900.00   |
|            | LFB | Review PTO documents with A Tripp; prepare all court pre-trial documents; prepare Q & A; review stipulated facts | 5.00  | 2,500.00 |
|            | AT  | Review Stern and Fleischer deposition transcripts, draft statement of facts; conf. w. L. Burke        | 10.70 | 4,012.50 |
| 4/16/2013  | LSW | Draft jury charges                                                                                   | 4.00  | 1,500.00 |
|            | LFB | Review PTO documents with A Tripp; prepare all court pre-trial documents; prepare Q & A; review stipulated facts | 5.00  | 2,500.00 |
|            | AT  | Revise exhibit list; review Stern transcript, revise exhibit chart, assemble trial exhibits           | 9.50  | 3,562.50 |
| 4/17/2013  | LFB | Review PTO documents with A Tripp; prepare all court pre-trial documents; prepare Q & A. Review stipulated facts | 5.00  | 2,500.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/17/2013 | AT | Revise defendant's statement of facts and deposition designations, revise pretrial order, review jury trial ruling, prepare pretrial order | 9.60 | 3,600.00 |
| 4/18/2013 | LSW | Revise voir dire questions | 1.00 | 375.00 |
| | LFB | Review PTO documents with A Tripp; prepare all court pre-trial documents; prepare Q&A. Review stipulated facts | 6.00 | 3,000.00 |
| | EG | Checked the accuracy of the defendant's exhibit list | 2.50 | 562.50 |
| | EG | checked accuracy of factual assertions | 2.50 | 562.50 |
| | EG | Researched when a Delaware partnership ends, the differences in Delaware and NY Partnerships | 2.00 | 450.00 |
| | AT | Revise exhibit lists, revise proposed facts and law | 8.30 | 3,112.50 |
| 4/19/2013 | LSW | Draft verdict form; legal research re: lost opportunity damages, judicial estoppel re: choice of law; conference with LB, AT to review defendant's counsel's jury charge mark up. | 2.00 | 750.00 |
| | LFB | Review PTO documents with A Tripp; prepare all court pre-trial documents; prepare Q & A; review stipulated facts | 6.00 | 3,000.00 |
| | EG | Organized and checked exhibits | 1.00 | 225.00 |
| | AT | Organize strategy outline for trial, conf. w. L. Wybiral, draft trial outline; research scope of duty of disclosure | 8.30 | 3,112.50 |
| 4/20/2013 | LSW | Legal Research; revise jury charges | 4.00 | 1,500.00 |
| | LFB | Review PTO documents with A Tripp; prepare all court pre-trial documents; prepare Q&A; review stipulated facts | 5.00 | 2,500.00 |
| 4/21/2013 | LSW | Conference with AT, LFB re: revisions to jury charges; PTO; draft direct testimony questions for Judy Soley | 4.00 | 1,500.00 |
| | LFB | Review PTO documents with A Tripp; prepare all court pre-trial documents; prepare Q&A; review stipulated facts | 5.00 | 2,500.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/22/2013 | LFB | Review and finalize PTO; Prepare all court pre-trial documents; Prepare Q&A; review stipulated facts | 7.00 | 3,500.00 |
| | LSW | Finalize jury instructions, email to opposing counsel; emails to/from LT, ML re: same; create CD, email final PTO to orders and judgment clerk | 2.00 | 750.00 |
| | AT | Review statement of facts, conf. w. L. Burke re: deposition designations; revise pretrial order; correspondence with opp counsel, draft letter to court re: pretrial order | 10.20 | 3,825.00 |
| 4/23/2013 | LSW | Prepare hard copy of PTO, send to judgments and orders clerk | 0.30 | 112.50 |
| | EG | Filed papers at the southern district of new york | 1.00 | 225.00 |
| | LFB | Review and finalize PTO; prepare all court and pre-trial documents; prepare Q & A; review stipulated facts | 7.00 | 3,500.00 |
| | AT | Email to L. Wybiral and L. Burke re: pretrial memo of defendant, prepare objection to defendant's exhibit list, legal research re: waiver; research re: joint venture and joint stocks | 8.10 | 3,037.50 |
| 4/24/2013 | LSW | Review defendant's motions in limine | 0.30 | 112.50 |
| | LFB | Prepare for trial; Review MIL; Prepare Q & A; review stipulated facts | 6.00 | 3,000.00 |
| | AT | Review motion in limine and draft e-mail to L. Burke re: motion | 1.10 | 412.50 |
| 4/25/2013 | LSW | T/C Judge Wood's clerk re: response to defendant's motions in limine, scheduling | 0.30 | 112.50 |
| | LFB | Prepare for trial; review MIL; prepare Q & A | 6.00 | 3,000.00 |
| | AT | Draft trial outline | 2.30 | 862.50 |
| 4/26/2013 | AT | Draft Wasserman direct exam questions, draft Pass questions | 6.20 | 2,325.00 |

|              |     |                                                                                                                                                                              | Hours | Amount |
|--------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 4/27/2013 LSW |     | Legal Research, conference AT, LFB, draft opp to motions in limine                                                                                                          | 2.00  | 750.00 |
|              | LFB | Prepare for trial; prepare Q & A                                                                                                                                            | 7.00  | 3,500.00 |
| 4/28/2013 LFB |     | Prepare for trial; prepare Q & A                                                                                                                                           | 7.00  | 3,500.00 |
| 4/29/2013 LFB |     | Prepare for trial; prepare for Q & A                                                                                                                                      | 7.00  | 3,500.00 |
|              | AT  | Draft outline of Wasserman questions, review L. Burke exam questions for Wasserman, revise Wasserman questions based on Burke outline                                      | 10.50 | 3,937.50 |
| 4/30/2013 LFB |     | Prepare for trial; prepare Q & A                                                                                                                                           | 7.00  | 3,500.00 |
|              | LSW | Legal Research, draft opp. to motions in limine, conference with AT re: same                                                                                                | 3.00  | 1,125.00 |
|              | AT  | Conf. w. L. Wybiral re: Opposition to motion in limine; research duty to trade and reasonable person standard for fiduciary, research duty of care instructions, review Pass and Kamras depositions. | 6.20  | 2,325.00 |

|                                    | Hours  | Amount       |
|------------------------------------|--------|--------------|
| For professional services rendered | 329.40 | $136,415.00 |

|                                                                                     | Amount          |
|-------------------------------------------------------------------------------------|-----------------|
| Previous balance                                                                    | $66,865.93      |
| 4/22/2013 Payment - thank you. Check No. 9458                                        | ($66,865.93)    |
| 4/30/2013 Courtesy Discount                                                          | ($15,000.00)    |
| Total payments and adjustments                                                      | ($81,865.93)    |
| Balance due                                                                         | $121,415.00     |

**LOUIS F. BURKE P.C.**
ATTORNEYS AT LAW
**460 Park Avenue**
**21st Floor**
**New York, New York 10022**

Telephone: (212) 682-1700
Facsimile: (212) 808-4280
E-Mail: lburke@lfblaw.com

June 07, 2013

Judy Soley
30 Griffen Avenue
Scarsdale, NY 10583

In Reference To:   Soley v. Wasserman

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/1/2013 | LSW | Draft, revise, finalize, file and serve opposition to defendant's motion for in limine relief | 6.00 | 2,250.00 |
|  | LFB | Prepare for trial; prepare Q & A | 7.00 | 3,500.00 |
|  | EG | Prepared exhibits for trial | 6.50 | 1,462.50 |
|  | AT | Review Judy Soley deposition transcripts for trial preparation; draft direct examination of Fleischer; revise opposition to motion in limine; draft examination of Judy Soley. | 8.70 | 3,262.50 |
| 5/2/2013 | LSW | T/C J Wood's law clerk re: trial date | 0.20 | 75.00 |
|  | LFB | Prepare for trial; prepare Q & A | 3.00 | 1,500.00 |
|  | EG | Prepared exhibits for trial | 2.00 | 450.00 |
|  | AT | Prepare for trial; conference re: demonstrative exhibits and redactions to trial documents; draft questions for Fleischer exam conference with Fleischer; e-mail to L Burke re: new trial date | 1.90 | 712.50 |

|              |     | Hours | Amount |
|--------------|-----|-------|--------|
| 5/7/2013 LFB | Conference with A Tripp; review reply brief | 1.00 | 500.00 |
| 5/8/2013 LFB | Conference with A Tripp; review exhibits | 1.00 | 500.00 |
| EG | Continued Trial Exhibit Preparation | 4.00 | 900.00 |
| AT | Review trial exhibits and prepare litigation files for trial | 1.80 | 675.00 |
| 5/9/2013 EG | Completed preparation of exhibits | 2.00 | 450.00 |
| 5/14/2013 AT | Legal research re: joint venture and waiver of requirement for written liquidation demand; research re: scope of fiduciary duty and duty to trade; review motions and prior positions held by Wasserman in motion practice and briefs | 7.50 | 2,812.50 |
| 5/15/2013 AT | Review Wasserman motions and pleadings re: prior positions taken in litigation | 1.50 | 562.50 |
| 5/16/2013 AT | Legal research re: bench memos | 1.70 | 637.50 |
| 5/18/2013 AT | Legal research re: bench memos re: duty to trade and fiduciary duty | 2.70 | 1,012.50 |
| 5/19/2013 AT | Legal research re: fiduciary duty by person entrusted with money | 1.10 | 412.50 |
| 5/22/2013 LFB | Review and finalize PTO; prepare all court pre trial documents | 7.00 | 3,500.00 |

| For professional services rendered | 66.60 | $25,175.00 |
|---|---|---|

Additional Charges :

| 5/2/2013 LSW | Minuteman Press - B&W Posters | | 38.29 |
|---|---|---|---|

| Total costs | $38.29 |
|---|---|

| For professional services rendered | 66.60 | $25,213.29 |
|---|---|---|

| Total amount of this bill | $25,213.29 |
|---|---|

| Previous balance | $121,415.00 |
|---|---|

| | Amount |
|---|---|
| 5/8/2013 Payment - thank you. Check No. 9463 | ($121,415.00) |
| Total payments and adjustments | ($121,415.00) |
| Balance due | $25,213.29 |

# LOUIS F. BURKE P.C.
#### ATTORNEY AT LAW
### 460 Park Avenue
### 21ˢᵗ Floor
### New York, New York 10022

Telephone: (212) 682-1700
Facsimile: (212) 808-4280
E-Mail: lburke@lfblaw.com

July 02, 2013

Judy Soley
30 Griffen Avenue
Scarsdale, NY 10583

In Reference To:    Soley v. Wasserman

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/3/2013 | AT | Conference with L Burke re: status and scheduling of pretrial prep | 0.90 | 337.50 |
| 6/7/2013 | LSW | E-Mail signed PTOs to J Soley; T/C J Soley | 0.30 | 112.50 |
|  | LFB | Review court orders; conference with A Tripp and L Wybiral | 1.00 | 500.00 |
|  | EG | Conferenced and reviewed new timeline | 0.50 | 112.50 |
|  | AT | Draft letter to court re: scheduling | 0.70 | 262.50 |
| 6/10/2013 | LSW | LT Judge Wood in response to defendant's 6/7/13 letter | 0.30 | 112.50 |
|  | LFB | Review transcripsts; court orders; conference with A Tripp and L Wybiral | 1.50 | 750.00 |
| 6/11/2013 | LFB | Review transcripts; conference with A Tripp and L Wybiral; planning for trial | 2.50 | 1,250.00 |
| 6/12/2013 | LFB | Review transcripts; conference with A Tripp and L Wybiral; planning for trial | 1.50 | 750.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/13/2013 | LFB | Review transcripts; conference with A Tripp and L Wybiral; planning for trial | 1.00 | 500.00 |
| | AT | Review judgment and pre-trial order | 0.50 | 187.50 |
| 6/14/2013 | LFB | Review transcripts; conference with A Tripp and L Wybiral; planning for trial | 1.00 | 500.00 |
| 6/17/2013 | LFB | Review transcripts; conference with A Tripp and L Wybiral; planning for trial | 1.00 | 500.00 |
| | AT | Review correspondence and pleadings from Wasserman counsel; draft response to request for schedule changes; telephone conference with L Burke re: letter to court re: schedule | 4.20 | 1,575.00 |
| 6/18/2013 | LFB | Review transcripts; conference with A Tripp and L Wybiral; planning for trial | 1.00 | 500.00 |
| | AT | Pre-trial preparations; review Pretrial Order and organize exhibits | 2.10 | 787.50 |
| 6/19/2013 | AT | Review Wasserman pleadings re: prior inconsistent positions | 2.10 | 787.50 |
| | LFB | Review transcripts; conference with A Tripp and L Wybiral; planning for trial | 1.50 | 750.00 |
| 6/20/2013 | AT | Review Wasserman pleadings re: prior inconsistent positions | 0.50 | 187.50 |
| | LFB | Review transcripts; conference with A Tripp and L Wybiral; planning for trial | 1.50 | 750.00 |
| 6/21/2013 | LFB | Review Q&As; transcripts; PTO; Conference with A Tripp and L Wybiral; planning for trial | 2.00 | 1,000.00 |
| 6/24/2013 | LFB | Review letter to Tofel; J Wood; T/C Soley; Conference with A Tripp and L Wybiral; planning for trial | 3.00 | 1,500.00 |
| | AT | Review in limine order; review submissions; draft letter to court; draft email to Tofel; review expert report; revise letter to court re: expert testimony | 6.90 | 2,587.50 |

|            |     |                                                                                                                          | Hours | Amount      |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------|-------|-------------|
| 6/25/2013  | LFB | Review letter to Tofel; J Wood; T/C D Soley; conference with A Tripp and L Wybiral; planning for trial                    | 3.00  | 1,500.00    |
|            | AT  | Draft letter to Court re: expert testimony; conference with L Burke; revise letter to court re: joint stock accounting and law, expert testimony | 9.00  | 3,375.00    |
| 6/26/2013  | LFB | Review letter to J wood; conference with A Tripp and L Wybiral; planning for trial                                        | 2.00  | 1,000.00    |
|            | LSW | Revise and submit Letter to Judge Wood re: Stu Flesicher                                                                  | 0.40  | 150.00      |
|            | AT  | Revise letter to court re: joint stock accounting law and expert testimony                                               | 2.60  | 975.00      |
| 6/27/2013  | LFB | Review Submissions regarding S Fleischer; review letter from Tofel; Conference with A Tripp and L Wybiral; planning for trial | 3.00  | 1,500.00    |
| 6/28/2013  | LSW | File and serve supplemental submission re: Stu Fleischer                                                                  | 0.40  | 150.00      |
|            | LFB | Review submissions regarding S Fleischer; T/C S Fleischer; Conference A Tripp and L Wybiral; planning for trial           | 3.00  | 1,500.00    |
|            | AT  | LT Court re: expert qualifications and testimony                                                                          | 1.80  | 675.00      |
|            |     | For professional services rendered                                                                                       | 62.70 | $27,125.00  |
|            |     | For professional services rendered                                                                                       | 62.70 | $27,125.00  |
|            |     | Previous balance                                                                                                         |       | $25,213.29  |
|            |     | Balance due                                                                                                              |       | $52,338.29  |

# LOUIS F. BURKE P.C.
ATTORNEYS AT LAW
## 460 Park Avenue
## 21st Floor
## New York, New York 10022

Telephone: (212) 682-1700
Facsimile: (212) 808-4280
E-Mail: lburke@lfblaw.com

August 05, 2013

Judy Soley
30 Griffen Avenue
Scarsdale, NY 10583

In Reference To:   Soley v. Wasserman

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 7/2/2013 | LFB | Review PTO; Conference with A Tripp and L Wybiral; planning for trial | 1.50 | 750.00 |
| 7/3/2013 | LFB | Review J Wood decision; review Tofel reply; review PTO; conference with A Tripp and L Wybiral; planning for trial | 2.50 | 1,250.00 |
| 7/5/2013 | LFB | Review J Wood decision; review Tofel reply; review PTO; conference with A Tripp and L Wybiral; planning for trial | 1.00 | 500.00 |
| 7/8/2013 | LFB | Review J Wood decision; review Tofel reply; review PTO; conference with A Tripp and L Wybiral; planning for trial | 1.00 | 500.00 |
|  | LFB | T/C SDNY re: internet. Review Tofel letter; review documents | 1.30 | 650.00 |
| 7/9/2013 | LFB | Review J Wood decision; review Tofel reply; review draft of LT wood in response to Tofel letter; Conference with A Tripp and L Wybiral; planning for trial | 4.00 | 2,000.00 |
|  | AT | Conference with L Burke and L Wybiral re: response to Tofel letter; draft letter to court; conference with Burke and Fleischer | 8.50 | 3,187.50 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 7/10/2013 | LSW | Finalize LT Judge Wood, file and serve | 0.40 | 150.00 |
|  | LFB | Review J wood decision; review Tofel reply; review draft LT Wood in response to Tofel letter; Conference A Tripp and L Wybiral; planning for trial | 4.00 | 2,000.00 |
|  | EG | Prepared highlighted deposition transcripts to be printed. | 3.10 | 697.50 |
|  | AT | Review correspondence with court, revise letter to court, review trial preparation | 5.60 | 2,100.00 |
| 7/11/2013 | LSW | Draft Luttinger trial subpoena, email to K Ives, Esq. re: service of same | 0.40 | 150.00 |
|  | LFB | Review J Wood decision; review Tofel reply; conference A Tripp and L Wybiral; planning for trial | 3.00 | 1,500.00 |
|  | EG | E-Mailed re: requirements for deposition highlighting project | 0.20 | 45.00 |
| 7/12/2013 | LFB | Review J Wood decision; conference A Tripp and L Wybiral; planning for trial | 3.00 | 1,500.00 |
|  | AT | Trial preparation | 1.90 | 712.50 |
| 7/14/2013 | AT | Review orders and draft letter to court; conference with L Burke re: trial preparation priorities | 2.50 | 937.50 |
| 7/15/2013 | LFB | Review J Wood decision; conference A Tripp and L Wybiral; planning for trial | 3.00 | 1,500.00 |
|  | EG | Prepared Binders and Delivered them to the SDNY. | 3.00 | 675.00 |
|  | AT | Review orders and draft letter to court re: issues for jury trial and bench trial | 8.90 | 3,337.50 |
| 7/16/2013 | LSW | Draft Luttinger trial subpoena, LT T Falkenberg with service of same, c.c: Tofel; begin to draft findings of fact and conclusions of law; finalize, file and serve LT Judge Wood re: reconsider 7/16 order | 2.00 | 750.00 |
|  | LFB | Review J Wood decisions; conference with A Tripp and L Wybiral; planning for trial; prepare letters to Wood | 4.00 | 2,000.00 |

|              |     | Hours | Amount |
|--------------|-----|-------|--------|

| 7/16/2013 AT | Review court order and draft response, draft letter for reconsideration and separation of jury and bench trials; review summary judgment papers for legal claims and theories for trial | 9.40 | 3,525.00 |
|---|---|---|---|
| 7/17/2013 LSW | Continue to draft findings of fact, conclusions of law | 3.00 | 1,125.00 |
| LFB | Review J wood decisions; conference with A Tripp and L. Wybiral; planning for trial; prepare letters to Wood | 4.00 | 2,000.00 |
| AT | Draft letter to court re: trial issues; draft Soley affidavit for bench trial | 7.10 | 2,662.50 |
| 7/18/2013 LFB | Review J Wood decisions; conference with A Tripp and L Wybiral; planning for trial; review and reply to Tofel letters; meeting with S Fleischer; review and revise FF and CL affidavit | 5.00 | 2,500.00 |
| AT | Revise Soley affidavit for bench trial | 1.50 | 562.50 |
| LSW | Legal Research; draft findings of fact and conclusions of law | 3.00 | 1,125.00 |
| 7/19/2013 LSW | Legal Research; draft findings of fact and coclusions of law; conference with LFB, AT, JS to review bench trial affidavit, findings of fact, finalize, file and serve | 7.00 | 2,625.00 |
| LFB | Review J Wood decisions; conference with A Tripp and L. Wybiral; review and revise affidavit for J Soley | 5.00 | 2,500.00 |
| AT | Revise bench trial affidavit; conference with Judy Soley, Burke and Wybiral; finalize affidavit | 7.90 | 2,962.50 |
| 7/20/2013 LFB | Review J Wood decisions; prepare for trial | 2.00 | 1,000.00 |
| 7/21/2013 LFB | Prepare for trial | 1.00 | 500.00 |
| AT | Review Wasserman bench trial submissions; draft direct examination questions for bench trial | 7.60 | 2,850.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 7/22/2013 | LFB | Prepare for trial | 1.00 | 500.00 |
| | AT | Draft questions for Wasserman direct examination; draft cross examination for Wasserman at bench trial | 4.80 | 1,800.00 |
| 7/23/2013 | LSW | Prepare exhibits for trial | 1.00 | 375.00 |
| | LFB | Prepare for trial | 1.00 | 500.00 |
| | AT | Draft trial questions for Wasserman; conference with L Wybiral; draft questions for Judy Soley direct examination | 3.40 | 1,275.00 |
| 7/24/2013 | LSW | Mark exhibits for trial, upload to SourceOne ftp site and email instructions for production of trial exhibit binders, draft plaintiff's exhibit list; LT Judge Wood re: use of blow-ups | 6.00 | 2,250.00 |
| | LFB | Prepare for trial | 1.00 | 500.00 |
| | EG | Prepared and collected exhibits for trial. | 0.90 | 202.50 |
| | AT | Draft questions for direct examination; review motion papers re: challenges to Judy Soley statements | 6.30 | 2,362.50 |
| 7/25/2013 | LSW | Proof trial exhibit binders, LT Judge Wood, deliver binders to Chambers and Tofel; LT Judge Wood re: Luttinger unavailability; trial testimony preparation | 4.00 | 1,500.00 |
| | EG | Compared documents filed by defendant with documents emailed by defendant to ensure they were the same documents. | 1.00 | 225.00 |
| | AT | Review opposition to documents re: statements about Soley to Preparation and assembly of for cross examination; draft trial preparation with Judy Soley | 11.00 | 4,125.00 |
| 7/26/2013 | LFB | Prepare for trial | 11.00 | 5,500.00 |
| | AT | Revise questions for direct examination and cross at jury trial; work on opening statement | 8.50 | 3,187.50 |

|            |     |                                                                                                | Hours | Amount |
|------------|-----|------------------------------------------------------------------------------------------------|-------|--------|
| 7/27/2013  | LFB | Prepare for trial                                                                              | 13.00 | 6,500.00 |
|            | AT  | Revise letters for direct exam at trial                                                        | 3.70  | 1,387.50 |
| 7/28/2013  | LSW | Trial preparation                                                                              | 9.00  | 3,375.00 |
|            | AT  | Conference with Burke, Wybiral and Soley; prepare questions for exams, link questions to exhibits | 8.90  | 3,337.50 |
| 7/29/2013  | LSW | Attend trial; prepare for day #2                                                               | 12.00 | 4,500.00 |
|            | LFB | Attend trial                                                                                   | 16.00 | 8,000.00 |
|            | AT  | Prepare for trial; revise jury instructions, attend trial                                      | 15.60 | 5,850.00 |
| 7/30/2013  | LSW | Attend trial; trial preparation                                                                | 13.00 | 4,875.00 |
|            | LFB | Attend trial                                                                                   | 16.00 | 8,000.00 |
|            | AT  | Legal Research re: jury charge and verdict form; attend trial and review transcript for closing | 16.00 | 6,000.00 |
| 7/31/2013  | AT  | Attend trial; review transcripts, draft closing statement; legal research re: loan and statute of limitations | 17.70 | 6,637.50 |
|            | LFB | Attend trial                                                                                   | 16.00 | 8,000.00 |
|            | LFB | Attend trial; trial preparation                                                                | 14.00 | 7,000.00 |
|            | LSW | Attend trial; prepare for day #4                                                               | 12.00 | 4,500.00 |

For professional services rendered                                      372.10   $155,095.00

Additional Charges :

|            |     |                                                                                       | Amount |
|------------|-----|---------------------------------------------------------------------------------------|--------|
| 7/15/2013  | LFB | Minuteman Press - 5 copies of marked deposition designations for Court, et al.        | 153.09 |
| 7/16/2013  | LFB | Luttinger subpoena statutory witness fee                                              | 40.00  |
| 7/24/2013  | LFB | Source One - copy, tab and assemble trial exhibit binders.                            | 840.28 |

Total costs                                                                       $1,033.37

|                                                              |          | Amount        |
|--------------------------------------------------------------|----------|---------------|
| For professional services rendered                           | 372.10   | $156,128.37   |
|                                                              |          |               |
| Total amount of this bill                                    |          | $156,128.37   |
| Previous balance                                             |          | $52,338.29    |
| 6/14/2013 Payment - thank you. Check No. 9488                |          | ($25,213.29)  |
| 7/14/2013 Payment - thank you. Check No. 9504                |          | ($27,125.00)  |
| Total payments and adjustments                               |          | ($52,338.29)  |
|                                                              |          |               |
| Balance due                                                  |          | $156,128.37   |

# LOUIS F. BURKE P.C.
ATTORNEYS AT LAW
**460 Park Avenue**
**21st Floor**
**New York, New York 10022**

Telephone: (212) 682-1700
Facsimile: (212) 808-4280
E-Mail: lburke@lfblaw.com

September 12, 2013

Judy Soley
30 Griffen Avenue
Scarsdale, NY 10583

In Reference To:   Soley v. Wasserman

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 8/1/2013 | LSW | Attend trial; trial preparation | 14.00 | 5,250.00 |
|  | LFB | Attend trial | 16.00 | 8,000.00 |
|  | AT | Review trial transcripts; attend trial; prepare for bench trial; review letter and affidavits re: joint stocks | 12.70 | 4,762.50 |
| 8/2/2013 | LSW | Attend trial | 8.00 | 3,000.00 |
|  | LFB | Attend trial | 8.00 | 4,000.00 |
|  | AT | Draft script for bench trial; attend court for jury verdict; review notes for bench trial | 10.30 | 3,862.50 |
| 8/5/2013 | LFB | Review documents for bench trial; Conference with A Tripp and L Wybiral | 2.00 | 1,000.00 |
|  | AT | Review deposition transcripts and draft questions for bench trial. | 5.10 | 1,912.50 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 8/6/2013 | LSW | E-Mails to Chambers re: bench trial dates | 0.20 | 75.00 |
| | LFB | Review documents for bench trial; conference with L Wybiral | 2.00 | 1,000.00 |
| 8/7/2013 | LSW | Legal Research re: availability of award of attorney's fees post-verdict | 1.00 | 375.00 |
| | LFB | Review documents for bench trial; conference with L Wybiral; review research | 1.00 | 500.00 |
| 8/8/2013 | LFB | Review documents for bench trial; conference with L Wybiral; review research | 1.00 | 500.00 |
| 8/12/2013 | LFB | Review documents for bench trial; conference with L Wybiral; review research | 1.00 | 500.00 |
| 8/13/2013 | LFB | Review documents for bench trial; conference with L Wybiral; review research; meeting with J Soley | 1.00 | 500.00 |
| 8/14/2013 | LSW | Finalize, fax LT Judge Wood, email copy to L Tofel | 0.30 | 112.50 |
| | LFB | Review documents for bench trial; conference with L Wybiral; review research; Meeting with J Soley; review and revise LT Judge Wood | 1.20 | 600.00 |
| 8/15/2013 | LFB | Review documents for bench trial; conference with L Wybiral ; review research | 0.60 | 300.00 |
| 8/19/2013 | AT | Draft letter to Court re: accounting; revise letter to court | 5.20 | 1,950.00 |
| | LFB | Conference with L Wybiral, A Tripp; Respond to Tofel letter | 1.00 | 500.00 |
| 8/20/2013 | AT | Legal research re: separate claims for legal relief and accounting; revise letter to court; draft questions for Wasserman for bench trial | 5.90 | 2,212.50 |
| 8/21/2013 | AT | Conference with L Burke re: documents for bench trial; revise letter to court; prepare documents for client for bench trial review. | 2.90 | 1,087.50 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 8/22/2013 LFB | | Conference with L Wybiral, A Tripp; respond to Tofel letter | 1.00 | 500.00 |
| 8/23/2013 LFB | | Conference with L Wybiral, A Tripp; respond to Tofel letter | 1.00 | 500.00 |
| 8/26/2013 LFB | | Conference with L Wybiral, A Tripp; review and respond to correspondence | 1.00 | 500.00 |
| 8/27/2013 LFB | | Conference with L Wybiral, A TRipp; review and respond to correspondence | 1.00 | 500.00 |
| 8/28/2013 AT | | Draft memorandum of law re: right to an accounting | 8.00 | 3,000.00 |
| | LSW | Draft, send settlement demand letter; emails to/from LT re: extending briefing schedule, LT Judge Wood re: same | 0.40 | 150.00 |
| 8/29/2013 LFB | | Conference with L Wybiral, A Tripp; review and respond to correspondence; review stock documents and Judges order | 2.00 | 1,000.00 |
| | AT | Revise letter to Court re: Accounting; send e-mails to L Burke and L Wybiral re: memo of law | 0.80 | 300.00 |
| | LSW | Revise LT brief to Court, cite check, email for review | 1.00 | 375.00 |
| | | For professional services rendered | 116.60 | $48,825.00 |

Previous balance            $156,128.37

8/15/2013 Payment - thank you. Check No. 9519    ($75,000.00)
8/31/2013 20% Courtesy Discount    ($9,765.00)
9/3/2013 Payment - thank you. Check No. 9527    ($75,000.00)

Total payments and adjustments    ($159,765.00)

Balance due    $45,188.37

**LOUIS F. BURKE P.C.**
ATTORNEYS AT LAW
**460 Park Avenue**
**21st Floor**
**New York, New York 10022**

Telephone: (212) 682-1700
Facsimile: (212) 808-4280
E-Mail: lburke@lfblaw.com

October 08, 2013

Judy Soley
30 Griffen Avenue
Scarsdale, NY 10583

In Reference To:    Soley v. Wasserman

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 9/3/2013 | AT | Conference w. L. Burke re: preparation for bench trial' legal research re: right to an accounting and need to show no remedy at law | 2.80 | 1,050.00 |
| 9/4/2013 | LFB | Conference with L Wybiral, A Tripp; review and respond to correspondence; review stock documents | 2.00 | 1,000.00 |
|  | AT | Legal research re: letter from Tofel re: right to an accounting; review case law. | 5.50 | 2,062.50 |
| 9/5/2013 | LFB | Review and revise response to Tofel letter brief; conference with A Tripp | 1.00 | 500.00 |
|  | AT | Legal research re: right to an accounting at law and accounting in equity; review Tofel letter to court and cases in letter, review cases for response letter | 12.60 | 4,725.00 |
| 9/6/2013 | LSW | T/C Farhang re: bench trial scheduling, emails to/from LT re: same; revise, serve reply letter to Court; c.c with Court, parties | 1.50 | 562.50 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 9/6/2013 | LFB | Finalize response to Tofel letter brief; Meeting with J Soley; conference with Chambers regarding mediation and scheduling; conference with L Wybiral, A Tripp; review stock documents | 3.00 | 1,500.00 |
| | AT | Legal research re: letter to Court arguing for right to an accounting | 2.20 | 825.00 |
| 9/9/2013 | LFB | Review correspondence regarding mediation; set up mediation | 2.00 | 1,000.00 |
| 9/10/2013 | LFB | Review correspondence regarding mediation; conference with A Tripp; review stock documentation | 2.00 | 1,000.00 |
| | AT | Draft letter to magistrate re: settlement position | 4.40 | 1,650.00 |
| 9/11/2013 | LFB | Review stock documents | 1.00 | 500.00 |
| | AT | Draft mediation statement with background and history of case setting forth basis for settlement. | 7.70 | 2,887.50 |
| 9/12/2013 | LSW | Finalize, file mediation statement with Court | 0.30 | 112.50 |
| | LFB | Review and revise Mediation summary for Pittman; conference with A Tripp | 2.00 | 1,000.00 |
| | AT | Revise letter: conference with client re: mediation | 5.00 | 1,875.00 |
| 9/13/2013 | LFB | Review mediation statement; attend mediation before Pittman; conference with A Tripp | 4.00 | 2,000.00 |
| 9/16/2013 | AT | Organize exhibits for bench trial | 2.10 | 787.50 |
| 9/23/2013 | AT | Draft questions for Wasserman and Stern for bench trial; key questions to exhibits and review arguments for patriot partners' accounting | 9.90 | 3,712.50 |
| 9/24/2013 | LSW | LT Judge Wood re: unavailability dates | 0.30 | 112.50 |
| 9/29/2013 | AT | Draft questions for Wasserman for bench trial. | 3.10 | 1,162.50 |
| | | For professional services rendered | 74.40 | $30,025.00 |

|                                                                                      |       | Amount       |
| ------------------------------------------------------------------------------------ | ----- | ------------ |
| For professional services rendered                                                   | 74.40 | $30,025.00   |
| Previous balance                                                                     |       | $45,188.37   |
| 9/23/2013 Payment - thank you. Check No. 9541                                        |       | ($45,188.37) |
| 10/8/2013 Credit for 4 hours LFB time from September invoice.                        |       | ($2,000.00)  |
| 10/8/2013 20% Courtesy discount on September billable fees                           |       | ($6,005.00)  |
| Total payments and adjustments                                                       |       | ($53,193.37) |
| Balance due                                                                          |       | $22,020.00   |

**LOUIS F. BURKE P.C.**
ATTORNEYS AT LAW
**460 Park Avenue**
**21st Floor**
**New York, New York 10022**

Telephone: (212) 682-1700
Facsimile: (212) 808-4280
E-Mail: lburke@lfblaw.com

November 13, 2013

Judy Soley
30 Griffen Avenue
Scarsdale, NY 10583

In Reference To:   Soley v. Wasserman

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/9/2013 | LFB | Review Fed Rules re: judgment; email to JS | 0.80 | 400.00 |
| 10/16/2013 | LFB | Review and transmit Order to J Soley | 0.50 | 250.00 |
| 10/18/2013 | LFB | Review emails; follow up re: Order | 0.40 | 200.00 |
| 10/21/2013 | LFB | Review and respond to emails; conference with A Tripp re: Stern affidavit | 0.80 | 400.00 |
| 10/22/2013 | AT | Conference with L Burke and L Wybiral re: trial; review documents for bench trial preparation; review documents re: joint stock; draft e-mail to L Burke | 1.30 | 487.50 |
| | LFB | Review Stern Q & A's and revise; conference with A Tripp re: response to Tofel | 0.60 | 300.00 |
| 10/23/2013 | LFB | Review trial transcript and review outline for Wasserman and Stern | 1.00 | 500.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 10/24/2013 | LFB | Review emails; review Stern transcript; Wasserman affidavit | 1.70 | 850.00 |
| 10/25/2013 | EG | E-Mailed orders to Louis. | 0.20 | 45.00 |
|  | AT | Call with L Burke; email to client re: letter to court; review case law re: October 24th order | 2.60 | 975.00 |
|  | LFB | Review emails; review decision re: accounting T/C A Tripp re: hearing strategy | 0.80 | 400.00 |
| 10/27/2013 | LFB | Review decision; conference with A Tripp and participate in T/C J Soley, D Soley, A Tripp re: strategy | 1.00 | 500.00 |
| 10/29/2013 | LSW | T/C LT, email to LB, AT, JS re: same | 0.30 | 112.50 |
|  | EG | Reviewed trial transcripts for places where plaintiffs were stopped from continuing to speak about a topic by the judge. | 3.00 | 675.00 |
|  | AT | Conference with L Burke and L Wybiral re: settlement offer and next steps | 0.40 | 150.00 |
| 10/30/2013 | EG | Reviewed trial transcripts for places where plaintiffs were stopped from continuing to speak about a topic by the judge. | 4.00 | 900.00 |
|  | AT | Review Stern affidavit to determine if rebuttal needed; conference call with Judy and David Soley; L Burke & L Wybiral re: next steps' conference with Judy; prepare Stern documents | 2.50 | 937.50 |
|  | LSW | Conference call JS, DS, AT. LFB re: settlement | 0.80 | 300.00 |
| 10/31/2013 | EG | Reviewed trial transcripts for places where plaintiffs were stopped from continuing to speak about a topic by the judge. | 1.00 | 225.00 |
|  |  | For professional services rendered | 23.70 | $8,607.50 |

|  |  |
|---|---|
| Previous balance | $22,020.00 |
| 10/28/2013 Payment - thank you. Check No. 9558 | ($22,020.00) |

                                                              Amount

Total payments and adjustments                             ($22,020.00)

Balance due                                                  $8,607.50

# LOUIS F. BURKE P.C.
ATTORNEYS AT LAW
## 460 Park Avenue
## 21st Floor
## New York, New York 10022

Telephone: (212) 682-1700
Facsimile: (212) 808-4280
E-Mail: lburke@lfblaw.com

December 04, 2013

Judy Soley
30 Griffen Avenue
Scarsdale, NY 10583

In Reference To:   Soley v. Wasserman

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/1/2013 | LSW | E-Mail to L Tofel with counteroffer | 0.20 | 75.00 |
|  | AT | Conference with L. Burke and L. Wybiral re: reargument motion; e-mail to client | 1.60 | 600.00 |
| 11/2/2013 | LFB | Review emails; conference with A Tripp | 0.50 | 250.00 |
|  | AT | Legal Research for reargument motion | 4.70 | 1,762.50 |
| 11/3/2013 | LFB | Review emails; conference call with A Tripp; discuss strategy with A Tripp | 0.80 | 400.00 |
| 11/4/2013 | LFB | Review emails; conference with A Tripp; review draft of motion for reconsideration; review Tofel request for Stern deposition; review Stern affidavit and consider questions for trial | 1.40 | 700.00 |
|  | AT | Review affidvits for bench trial; legal research re: accounting | 6.60 | 2,475.00 |
| 11/5/2013 | LFB | Review motion for reconsideration; review emails; conference with A Tripp | 1.30 | 650.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/5/2013 | AT | Review correspondence re: accounting; call S Fleischer re: documents relied on for his report; legal research re: motion for reconsideration | 9.50 | 3,562.50 |
| 11/6/2013 | AT | Draft | 5.90 | 2,212.50 |
| 11/7/2013 | LSW | Draft notice of motion, file and serve motion to reconsider | 1.00 | 375.00 |
|  | LFB | Review emails; T/C A Tripp re: strategy of upcoming hearing | 0.70 | 350.00 |
|  | EG | Cite Checked Motion to Court. | 5.00 | 1,125.00 |
|  | AT | Draft motion for reconsideration; legal research re: right to an accounting | 6.20 | 2,325.00 |
| 11/8/2013 | LFB | Review emails; discuss Tofel issues with A Tripp | 0.50 | 250.00 |
| 11/11/2013 | LSW | T/C L Tofel | 0.20 | 75.00 |
|  | LFB | Discuss strategy with A Tripp re: Stern deposition; review Tofel correspondence and discuss with A Tripp; review drafts of email responses to Tofel; Review Stern affidavit | 1.70 | 850.00 |
|  | AT | Conference re: Stern deposition and anticipated testimony at trial | 0.30 | 112.50 |
| 11/12/2013 | AT | Legal Research re: testimony of unavailable witness and Stern | 1.20 | 450.00 |
| 11/13/2013 | AT | Review Stern testimony and draft letter to Court re: Stern; draft Stern deposition and affidavit | 3.20 | 1,200.00 |
| 11/14/2013 | AT | T/C with client, L Burke and L Wybiral re: next steps; conference with J Soley re: trial preparation | 2.30 | 862.50 |
| 11/15/2013 | AT | Legal Research re: accounting claims; draft research reply brief for motion to reargue | 2.90 | 1,087.50 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/16/2013 | AT | Draft amended complaint | 1.70 | 637.50 |
| 11/17/2013 | AT | Draft amended complaint; draft cross examination questions for bench trial | 6.90 | 2,587.50 |
| 11/18/2013 | LFB | Review emails; review pleadings and orders; conference with A Tripp and L Wybiral; prepare for hearing | 2.00 | 1,000.00 |
|  | AT | Review Wasserman cross examination questions; draft amended complaint; revise reply brief on reconsideration motion | 8.00 | 3,000.00 |
| 11/19/2013 | LSW | Conference with JS, LFB, AT | 0.80 | 300.00 |
|  | LFB | Review emails; review pleadings and orders; conference with A Tripp and L Wybiral; prepare for hearing | 3.00 | 1,500.00 |
|  | AT | Conference with J Soley for trial preparation; draft reply brief for reconsideration motion; draft letter to Tofel re: Stern documents | 8.20 | 3,075.00 |
| 11/20/2013 | LFB | Review emails from Tofel; Review responses; review pleadings; meeting with J Soley and discuss Q & A | 3.00 | 1,500.00 |
|  | AT | Revise reply brief for reconsideration motion; legal research re: reargument motion | 8.40 | 3,150.00 |
| 11/21/2013 | EG | Reviewed and cite checked document to be filed | 1.50 | 337.50 |
|  | LFB | Review emails; review pleadings and orders; conference with A Tripp and L Wybiral; prepare for hearing | 4.00 | 2,000.00 |
|  | AT | Revise reply brief; draft amended complaint and letter to court enclosing amended complaint | 7.20 | 2,700.00 |
| 11/22/2013 | EG | Filed Letter Motion online | 0.50 | 112.50 |
|  | LFB | Review emails; review pleadings and orders; conference with A Tripp and L Wybiral; prepare for hearing | 5.00 | 2,500.00 |
|  | AT | Revise letter to court and amended complaint; draft opening statement and closing argument for bench trial | 4.30 | 1,612.50 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/23/2013 | LFB | Prepare for hearing | 3.00 | 1,500.00 |
| | AT | Draft cross examination questions; revise elements of claims | 2.40 | 900.00 |
| 11/24/2013 | LFB | Prepare for hearing | 3.00 | 1,500.00 |
| | AT | Revise opening statement and closing arguments | 1.10 | 412.50 |
| 11/25/2013 | LFB | Prepare for hearing | 5.00 | 2,500.00 |
| | AT | Revise cross examination questions; draft outline of trial issues | 4.80 | 1,800.00 |
| 11/26/2013 | LFB | Prepare for hearing | 5.00 | 2,500.00 |
| | AT | Review trial transcripts; review deposition testimony; conference with L Burke re: trial preparation; organize trial documents; revise Stern cross examination questions | 8.70 | 3,262.50 |
| 11/27/2013 | LFB | Prepare for hearing | 8.00 | 4,000.00 |
| | AT | Review affidavits of Stern and Wasserman; review trial transcripts; draft Stern cross examination | 5.90 | 2,212.50 |
| 11/28/2013 | LFB | Prepare for hearing | 8.00 | 4,000.00 |
| | AT | Revise Stern questions | 0.50 | 187.50 |
| 11/29/2013 | LSW | Prepare for trial re: Stern, prepare exhibits binders for FedEx, LT, emails to/from Tofel re: same | 4.00 | 1,500.00 |
| | LFB | Prepare for hearing | 8.00 | 4,000.00 |
| | AT | Review depositions; conference call with L Burke and L Wybiral; revise Stern cross examination questions; review Kamras and Wasserman documents | 7.60 | 2,850.00 |
| 11/30/2013 | LSW | Prepare for trial re: Wasserman | 5.00 | 1,875.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/30/2013 | LFB | Prepare for hearing | 8.00 | 4,000.00 |
|  | AT | Revise cross examination of Stern; conference with J Soley and L Wybiral; prepare for bench trial; prepare trial documents | 10.80 | 4,050.00 |
| 12/1/2013 | LSW | Prepare for trial | 6.00 | 2,250.00 |
|  | AT | Research re: value of NOMOS & bankruptcy; revise Wasserman and Stern cross examinations; | 8.70 | 3,262.50 |
| 12/2/2013 | LSW | Attend bench trial | 9.00 | 3,375.00 |
|  | AT | Revise Stern cross, review trial transcripts re: Wasserman testimony, trial, return, post-trial conf. w. client, L. Wybiral and L. Burke | 9.90 | 3,712.50 |

For professional services rendered                                254.60 $103,412.50

Previous balance                                                                 $8,607.50

11/29/2013 Payment - thank you                                              ($8,607.50)
12/4/2013 Courtesy discount                                                ($10,341.25)

Total payments and adjustments                                          ($18,948.75)

Balance due                                                                       $93,071.25