# LOUIS F. BURKE P.C.
ATTORNEYS AT LAW
**460 Park Avenue**
**21st Floor**
**New York, New York 10022**

Telephone: (212) 682-1700
Facsimile: (212) 808-4280
E-Mail: lburke@lfblaw.com

January 14, 2014

Judy Soley
30 Griffen Avenue
Scarsdale, NY 10583

In Reference To:   Soley v. Wasserman

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 12/3/2013 LFB | Review decisions; conference with A Tripp and L Wybiral; review hearing transcript | | 2.00 | 1,000.00 |
| 12/4/2013 LFB | Review hearing transcript | | 1.00 | 500.00 |
| 12/5/2013 LFB | Review hearing transcript | | 1.00 | 500.00 |
| 12/9/2013 LFB | Review hearing transcript and decision | | 1.00 | 500.00 |
| 12/10/2013 LFB | T/C J Soley re: decision; conference with A Tripp and L Wybiral re: decision | | 1.00 | 500.00 |
| 12/11/2013 LFB | Review emails from L Tofel; conference with A Tripp and L Wybiral | | 0.70 | 350.00 |
| 12/12/2013 LFB | Review emails from L Tofel; conference with A Tripp and L Wybiral | | 0.50 | 250.00 |
| 12/13/2013 LFB | Review emails from L Tofel; conference with A Tripp and L Wybiral; review emails between Tofel and J Wood; review file and organize for storage | | 1.50 | 750.00 |
| 12/16/2013 LFB | Review emails; conference with A Tripp and L Wybiral; review file and organize for storage | | 0.50 | 250.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/17/2013 | LFB | Review emails; conference with A Tripp and L Wybiral; review file and organize file for storage | 0.30 | 150.00 |
| 12/18/2013 | LFB | Review emails; Conference with A Tripp and L Wybiral; review file and organize for storage | 0.60 | 300.00 |
| 12/19/2013 | LFB | Review emails; conference with A Tripp and L Wybiral; review file and organize for storage; conference with A Tripp | 0.70 | 350.00 |
| 12/27/2013 | LSW | Legal Research, review trial record, begin to draft motion for attorney's fees | 1.00 | 375.00 |
| | | For professional services rendered | 11.80 | $5,775.00 |

|  |  |
|---|---|
| Previous balance | $93,071.25 |
| 12/20/2013 Payment - thank you. Check No. 9593 | ($30,000.00) |
| 12/28/2013 Payment - thank you. Check No. 9596 | ($60,000.00) |
| 1/14/2014 Courtesy Discount | ($3,071.25) |
| Total payments and adjustments | ($93,071.25) |
| Balance due | $5,775.00 |

LOUIS F. BURKE P.C.
ATTORNEYS AT LAW
460 Park Avenue
21st Floor
New York, New York 10022

Telephone: (212) 682-1700
Facsimile: (212) 808-4280
E-Mail: lburke@lfblaw.com

February 11, 2014

Judy Soley
30 Griffen Avenue
Scarsdale, NY 10583

In Reference To:   Soley v. Wasserman

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/6/2014 | AT | Review Barry Kamras production re: Patriot Group documents. | 0.40 | 150.00 |
|  | LFB | T/C D Soley; conference A Tripp and L Wybiral | 1.00 | 500.00 |
| 1/8/2014 | AT | Review Barry Kamras document production referring to Patriot Group or showing | 3.50 | 1,312.50 |
| 1/9/2014 | AT | Review Grant Thornton production and Wasserman production re: Patriot Group documents | 4.30 | 1,612.50 |
| 1/10/2014 | AT | Analysis of joint stock accounting documents and Group documents to compare with Wasserman accounting. | 2.70 | 1,012.50 |
| 1/13/2014 | AT | Review of trial exhibits re: exercise of warrants for joint stocks; analysis of joint stock documents | 3.60 | 1,350.00 |
| 1/14/2014 | AT | Damages analysis; review documents re: Wasserman faxes and sources of information for discovery documents | 6.60 | 2,475.00 |

Judy Soley                                                                                         Page    2

|            |     |                                                                                              | Hours | Amount   |
|------------|-----|----------------------------------------------------------------------------------------------|-------|----------|
| 1/16/2014  | AT  | Legal research re: conversion and statute of limitations                                     | 0.80  | 300.00   |
| 1/18/2014  | AT  | Review Wasserman accounting                                                                  | 1.10  | 412.50   |
|            | LFB | Review accounting; conference with A Tripp and L Wybiral                                     | 1.50  | 750.00   |
| 1/19/2014  | LFB | Review accounting; conference with A Tripp and L Wybiral                                     | 1.00  | 500.00   |
| 1/20/2014  | AT  | Review Wasserman accounting and documents; draft e-mail to L. Burke re: accounting           | 3.10  | 1,162.50 |
|            | EG  | Downloaded and gathered pleadings from defense off of pacer.                                 | 1.00  | 225.00   |
|            | EG  | Prepared binders with exhibits for review by client.                                         | 3.00  | 675.00   |
| 1/21/2014  | AT  | Review accounting and documents; legal research re: accounting requirements.                 | 3.60  | 1,350.00 |
|            | LFB | Review accounting; conference with A Tripp and L Wybiral                                     | 1.00  | 500.00   |
| 1/22/2014  | AT  | Review Wasserman accounting exhibits.                                                        | 7.10  | 2,662.50 |
|            | LFB | Review accounting; conference with A Tripp and L Wybiral                                     | 1.00  | 500.00   |
|            | EG  | Found Exhibit list and exhibit constraints requested by and emailed to A. Tripp.             | 1.00  | 225.00   |
| 1/23/2014  | LSW | Meeting with JS to review accounting                                                         | 2.00  | 750.00   |
|            | AT  | Review joint stock trial exhibits; conf. w. J. Soley and L. Burke and L. Wybiral re: accounting and next steps. | 6.10  | 2,287.50 |
|            | LFB | Meeting with J Soley, L Wybiral and A Tripp; review accounting; conference with A Tripp and L wybiral | 5.00  | 2,500.00 |
| 1/24/2014  | AT  | Draft letter to Tofel re: accounting; research re accounting requirements                    | 4.80  | 1,800.00 |
|            | LFB | Review accounting and exhibits; review order; conference with L Wybiral                      | 2.00  | 1,000.00 |
| 1/25/2014  | AT  | Draft letter to Tofel re: accounting; legal research re: accounting cases in SDNY; draft letter to Wood re: accounting. | 7.10  | 2,662.50 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 1/26/2014 | AT | Draft letter to Wood; outline points for letter to Wood. | 8.60 | 3,225.00 |
| 1/27/2014 | AT | Revise letter to Tofel re: accounting; Revise Wood accounting letter exhibits. | 5.50 | 2,062.50 |
| | LFB | Review accounting and exhibits; review order; conference with L Wybiral; review and revise lt Tofel | 1.00 | 500.00 |
| 1/28/2014 | AT | Create chart for points missing from accounting; revise outline of deficiencies in accounting and revise letter to Wood. | 9.60 | 3,600.00 |
| | LFB | Review accounting and exhibits; review order; conference with L Wybiral; review LT Tofel; review MFS and exhibits | 3.00 | 1,500.00 |
| 1/29/2014 | LSW | Conference with AT, LFB re: Letter to Judge Wood re: accounting | 0.40 | 150.00 |
| | AT | Revise chart of accounting deficiencies; review Wasserman production re: letter to Wood; conf. w. L. Burke re: Wood letter. | 5.80 | 2,175.00 |
| | LFB | Review accounting and exhibits; review order; conference with L Wybiral; review LT Tofel; review MFS and exhibits | 4.00 | 2,000.00 |
| 1/30/2014 | AT | Draft response to Tofel e-mail; revise Wood letter with attachments; finalize and send responsive letter to Tofel; review and finalize letter to Wood' legal research re: accounting documents | 11.00 | 4,125.00 |
| | LFB | Review LT Tofel; review accounting and exhibits; review order; conference with L Wybiral; review LT Tofel; review MFS and exhibits | 4.00 | 2,000.00 |
| 1/31/2014 | LFB | Review LT and lf Tofel; Review accounting and exhibits to file in court; review order; conference with L Wybiral and A Tripp | 3.00 | 1,500.00 |
| | LSW | Proof and file LT Judge Wood re: defendant's deficient accounting | 0.40 | 150.00 |
| | | For professional services rendered | 130.60 | $51,662.50 |

Judy Soley                                                                 Page    4

|  | Amount |
|---|---|
| For professional services rendered | 130.60 $51,662.50 |
| Previous balance | $5,775.00 |
| 1/27/2014 Payment - thank you. Check No. 9611 | ($5,775.00) |
| Total payments and adjustments | ($5,775.00) |
| Balance due | $51,662.50 |

# LOUIS F. BURKE P.C.
ATTORNEYS AT LAW
**460 Park Avenue**
**21st Floor**
**New York, New York 10022**

Telephone: (212) 682-1700
Facsimile: (212) 808-4280
E-Mail: lburke@lfblaw.com

March 05, 2014

Judy Soley
30 Griffen Avenue
Scarsdale, NY 10583

In Reference To:   Soley v. Wasserman

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 2/3/2014 | AT | Draft response to Tofel letter; conference with L Burke re: response to Tofel; conference with J Soley re: response; revise draft letter | 6.80 | 2,550.00 |
|  | AT | Review accounting documents re: Patriot Group loan | 1.30 | 487.50 |
| 2/4/2014 | LSW | Proof and file letter to Judge Wood via ECF, Conference with Judy; review trial transcript, bench trial order, draft memo of law re: attorney's fees | 0.80 | 300.00 |
|  | LFB | Review response to lt Tofel; conference with L Wybiral and A Tripp; review and revise lt to Court | 1.00 | 500.00 |
| 2/5/2014 | LSW | Draft memo of law in support of application for legal fees | 1.00 | 375.00 |
|  | LFB | Conference with L Wybiral and A Tripp | 0.60 | 300.00 |
| 2/6/2014 | LSW | Draft memo of law in support of attorney fee application | 1.00 | 375.00 |
| 2/7/2014 | LFB | Review Tofel accounting; conference with A Tripp and L Wybiral | 0.80 | 400.00 |

Judy Soley

| Date | | Description | Hours | Amount |
|---|---|---|---:|---:|
| 2/8/2014 | AT | Review deposition and trial testimony; draft response for Judge to Tofel letter re: accounting for Group loan | 7.50 | 2,812.50 |
| 2/9/2014 | AT | Revise letter to court; review testimony | 1.40 | 525.00 |
| 2/10/2014 | LFB | Review and revise letter to J Wood in response to Tofel accounting letter; Conference with L Wybiral and A Tripp | 2.30 | 1,150.00 |
| 2/11/2014 | LSW | Proof, file LT court in response to defendant's 2/6 submission | 0.40 | 150.00 |
| | LFB | Review and revise and transmit letter to J Wood in response to Tofel accounting letter; conference with L Wybiral and A Tripp | 1.20 | 600.00 |
| 2/12/2014 | LFB | Review letter from Tofel re: accounting; conference with L Wybiral and A Tripp | 0.40 | 200.00 |
| 2/18/2014 | AT | Review trial testimony and deposition testimony; revise letter to Court | 4.00 | 1,500.00 |
| 2/19/2014 | AT | Finalize letter to Court; assemble exhibits; conference with L Burke re: letter to Court; review testimony re: Wasserman discretion regarding exercise of warrants; revise letter after discussion with L Burke | 4.80 | 1,800.00 |
| 2/20/2014 | AT | Revise letter re: Tofel's providing tax advice | 0.50 | 187.50 |
| | LFB | T/C A Tripp; review and file letter to J Wood in response to Tofel letter | 1.00 | 500.00 |
| 2/24/2014 | LFB | Review letter from Tofel and conference with L Wybiral | 0.30 | 150.00 |
| | | For professional services rendered | 37.10 | $14,862.50 |

| | |
|---|---:|
| Previous balance | $51,662.50 |
| 3/5/2014 Courtesy Discount (2/11/14 invoice) | ($2,583.12) |
| Total payments and adjustments | ($2,583.12) |

|  | Amount |
|---|---:|
| Balance due | $63,941.88 |

## LOUIS F. BURKE P.C.
ATTORNEYS AT LAW
### 460 Park Avenue
### 21st Floor
### New York, New York 10022

Telephone: (212) 682-1700
Facsimile: (212) 808-4280
E-Mail: lburke@lfblaw.com

April 09, 2014

Judy Soley
30 Griffen Avenue
Scarsdale, NY 10583

In Reference To:   Soley v. Wasserman

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/17/2014 LFB | Review decision and letter from Tofel; T/c L Wybiral and A Tripp; t/c J Soley |  | 1.00 | 500.00 |
| AT | Review March 14 order and Tofel letter; conference with L Burke |  | 2.70 | 1,012.50 |
| 3/18/2014 LFB | Review decision and letter from Tofel; t/c L Wybiral and A Tripp; discuss topics of reply with J Wood |  | 0.70 | 350.00 |
| LSW | Research re: motion for attorneys fees |  | 1.00 | 375.00 |
| AT | Draft letter to Judge Wood re: March 14 Order |  | 5.00 | 1,875.00 |
| 3/19/2014 LFB | Review and revise reply to letter from Tofel; t/c L Wybiral and A Tripp |  | 2.50 | 1,250.00 |
| LSW | Motion for attorneys fees |  | 0.80 | 300.00 |

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 3/19/2014 | AT | Revise response to March 17 Tofel letter | 4.50 | 1,687.50 |
| 3/20/2014 | LFB | Review cases that support position; Cf L Wybiral re: MFLF | 0.50 | 250.00 |
|  | LSW | Proof and file letter in response to Tofel 3/17/2014 letter | 0.30 | 112.50 |
| 3/24/2014 | LFB | Review emails and letter from Tofel; Cf L Wybiral re: MFLF | 0.80 | 400.00 |
| 3/25/2014 | LSW | Draft motion for attorneys fees | 0.80 | 300.00 |
| 3/26/2014 | AT | Conference with L Burke re: response to Tofel letter; legal research re: unclean hands and laches | 2.90 | 1,087.50 |
| 3/27/2014 | LSW | T/C J Soley | 0.20 | 75.00 |
|  | EG | Reviewed documents to determine whether they were admitted into evidence during trial. | 0.40 | 90.00 |
|  | AT | Draft response to motion for reconsideration | 3.30 | 1,237.50 |
| 3/28/2014 | AT | Legal Research re: motion for reconsideration | 1.60 | 600.00 |
| 3/29/2014 | AT | Draft memo of law; legal research re: evidentiary presumptions and equitable considerations in motion for reconsideration | 4.70 | 1,762.50 |
| 3/30/2014 | AT | Conference with L Burke re: memo of law; conference with J Soley | 3.30 | 1,237.50 |
|  | LFB | Prepare for Conference call; participate on conference call with J Soley; review draft of Brief; conference with A Tripp and L Wybiral | 2.00 | 1,000.00 |

|  |  |
|---|---:|
| For professional services rendered | 39.00 $15,502.50 |
| Previous balance | $63,941.88 |
| 3/5/2014 Payment - thank you | ($49,000.00) |
| Total payments and adjustments | ($49,000.00) |

Judy Soley                                                                 Page    3

                                                                           Amount

                    Balance due                                          $30,444.38

**LOUIS F. BURKE P.C.**
ATTORNEYS AT LAW
460 Park Avenue
21st Floor
New York, New York 10022

Telephone: (212) 682-1700
Facsimile: (212) 808-4280
E-Mail: lburke@lfblaw.com

May 09, 2014

Judy Soley
30 Griffen Avenue
Scarsdale, NY 10583

In Reference To: Soley v. Wasserman

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/1/2014 | LFB | Review draft of brief; Conference A Tripp and L Wybiral | 1.00 | 500.00 |
|  | AT | Draft reconsideration brief. | 5.40 | 2,025.00 |
| 4/2/2014 | LFB | Review draft of brief; conference A Tripp and L Wybiral | 1.50 | 750.00 |
|  | AT | Draft memorandum of law in opposition to defendant's motion for reconsideration of accounting order. | 7.70 | 2,887.50 |
| 4/3/2014 | LFB | Review draft of brief; conference A Tripp and L Wybiral | 1.50 | 750.00 |
|  | AT | Research re: duty to produce documents in accounting. | 7.50 | 2,812.50 |
| 4/4/2014 | LFB | Review draft of brief; conference A Tripp and L Wybiral | 2.00 | 1,000.00 |
|  | EG | Reviewed citations for Memorandum of Law in Opposition to Defendant's Motion for reconsideration of 3/14/14 | 2.80 | 630.00 |
|  | AT | Conference with L. Burke re: brief; revise and finalize reconsideration opposition brief. | 4.50 | 1,687.50 |

|            |     |                                                 | Hours | Amount |
|------------|-----|-------------------------------------------------|-------|--------|
| 4/11/2014  | LFB | Review letter from Tofel; telephone with A Tripp | 0.50  | 250.00 |
| 4/14/2014  | LFB | Review letter from Tofel; telephone with J Soley | 0.50  | 250.00 |

|                                         | Hours | Amount        |
|-----------------------------------------|-------|---------------|
| For professional services rendered      | 34.90 | $13,542.50    |
| Previous balance                        |       | $30,444.38    |
| 4/9/2014  Courtesy Discount             |       | ($775.13)     |
| 4/26/2014 Payment - thank you. Check No. 9663 |  | ($28,922.16)  |
| Total payments and adjustments          |       | ($29,697.29)  |
| Balance due                             |       | $14,289.59    |

04, 2014

Judy Soley
30 Griffen Avenue
Scarsdale, NY 10583

In Reference To: Soley v. Wasserman

Professional Services

|  |  |  |  | Hours | Amount |
|---|---|---|---|---|---|
| 5/19/2014 AT | Review order of court a... interest; legal research ... | ...fel letter re: prejudgment ...ejudgment interest | | 3.60 | 1,350.00 |
| 5/21/2014 AT | Research re: prejudgm... | ...erest | | 1.10 | 412.50 |
| 5/22/2014 AT | Letter to Louis Burke re: interest; call with L. Burk... prejudgment interest | ...t order and prejudgment same; legal research re: | | 3.20 | 1,200.00 |
| 5/23/2014 AT | Review legal research r... brief to court re: same | ...judgment interest; draft letter | | 4.30 | 1,612.50 |
| 5/24/2014 AT | Draft letter brief ...: pre... | ...ent interest | | 10.20 | 3,825.00 |
| 5/25/2014 AT | Revise draft le...r brief ... | ...rt re: prejudgment interest | | 3.30 | 1,237.50 |
| 5/26/2014 AT | Conference with L. Burk... L. Burke and L. Wystral; revise letter; legal res... | ...se letter to court for review by ...rence with L Burke re: letter; ...: compounding of interest | | 3.60 | 1,350.00 |

Judy Soley                                                                                       Page    2

|            |     |                                                                                 | Hours | Amount |
|------------|-----|---------------------------------------------------------------------------------|-------|--------|
| 5/27/2014  | EG  | Reviewed citations in … to court.                                               | 3.00  | 675.00 |
|            | EG  | Prepared letter and … for filing                                                | 1.00  | 225.00 |
|            | EG  | Filed Letter on…                                                                | 0.50  | 112.50 |
|            | AT  | Finalize letter brief to … conference with L Burke re: prejudgment interest …   | 7.40  | 2,775.00 |
|            | LFB | Review and revise letter … Wood re: interest calculation; telephone conference …; conference A Tripp and L Wyb… | 3.50 | 1,750.00 |
| 5/29/2014  | AT  | Review Tofel … L Bu… re: … admission of … to court; correspondence with … new trial transcript re: … response to Tofel letter | 7.30 | 2,737.50 |
|            | LFB | … letter … Tofe… w and revise response                                          | 1.50  | 750.00 |
|            | LSW | Review draft letter to C…                                                       | 0.30  | 112.50 |
| 5/30/2014  | LSW | Pro… nd file … …'s 5/28/14 letter to the Court.                                 | 0.40  | 150.00 |

For professional services …                                              54.20  $20,275.00

For professional services …                                              54.20  $20,275.00

Previous …                                                                      $14,289.59

5/23/2014 Payment - thank you                                                  ($13,612.46)
5/23/2014 Courtesy …                                                              ($677.13)

Total payments and …                                                           ($14,289.59)

Balance due                                                                     $20,275.00