# STUART L. FLEISCHER
stulflei@aol.com

## 25 HIGH VIEW ROAD
## OSSINING, NY 10562

914-941-3841 Tel
917-224-1457 Cell
914-941-7686 Fax

August 16, 2008

Judy W. Soley
30 Griffen Avenue
Scarsdale, NY 10583

---

CONSULTING SERVICES RENDERED on your behalf for and in accordance with my engagement letter with your counsel for the period through August 15, 2008. (Detail time schedules attached).

   **FEE**         $   12,225.00

Louis F. Burke P.C./Judy Soley

| Date | Description | Hrs | Cost |
|---|---|---|---|
| 7/28/08 | Obtain CD of documents, Review files in CD to get preliminary understanding of type and extent of documents received. | 1.1 | $412.50 |
| 7/28/08 | Review correspondence between J.Soley and P. Wasserman Background on rationale for Soley positions. | 0.4 | $150.00 |
| 7/28/08 | Look for accountants schedule referred to in Soley correspondence. | 0.3 | $112.50 |
| 7/28/08 | Review available information regarding accounting for and value of miscellaneous investments. Note questions for follow-up | 0.8 | $300.00 |
| 7/28/08 | Review Fagenson statements ( pages) and note Harris Corp activity and unexplained receipts and disbursements for follow-up. | 1.8 | $675.00 |
| 7/29/08 | Tel call J.Soley re questions on Harris Corp activity, Fagenson accounts, etc. | 0.3 | $112.50 |
| 7/29/08 | Search disc for accountants schedule attached to Soley/Wasserman correspondence. Email counsel re that schedule. | 0.3 | $112.50 |
| 7/31/08 | Review additional information received. Start preparation of schedule of relevant Fagenson transactions. | | |
| 8/1/08 | Finish Fagenson schedule. Review Patriot Partners tax and financial information and make notes. | 3.3 | $1,237.50 |
| 8/2-8/3 | Prepare schedule of Patriot Partners information. Start making notes of Patriot Group information. Prepare list of questions for Soley. Place tel call to Soley. | 4.5 | $1,687.50 |
| 8/4/08 | Tel call Soley re various questions. Mail draft schedules to Soley for comments, corrections, additions. Start schedule of Patriot Group transactions. | 2.1 | $787.50 |
| 8/7/08 | Discuss additional open items with Soley. Finish draft Group schedule of principal advances and repayments, and prepare schedule of other investments made through Patriot Group | 3.2 | $1,200.00 |
| 8/8/08 | Tel call Soley re added information. Get e-mails of information from counsel. Revise schedules and mail drafts to Soley. | 0.7 | $262.50 |
| 8/9/08 | Read new information received. Tel call with Soley | 0.5 | $187.50 |
| 8/10/08 | Review 2004 Partners return and k-1's and partial returns for 2004 and 2005 Also review Partnership income section of Soley tax returns for 2000 through 2004. Make notes for incorporation in schedules. | 1.8 | $675.00 |
| 8/11/08 | Revise Patriot Partners schedule. | 0.6 | $225.00 |
| 8/12/08 | Tel call Soley re open items. Prepare interest calculation schedule on a simple interest basis. Review Fagenson statements for unexplained cash transactions and prepare schedule for Soley's review. | 3.1 | $1,162.50 |
| 8/13/08 | Tel call Soley re Harris stock, etc. Review schedules prepared by others. Check data by reference to independent (internet, company) sources. Prepare comprehensive schedule re Harris stock loaned. | 4.0 | $1,500.00 |
| 8/14/08 | Tel call Soley re her review and additional information found. Prepare schedule of other investments made through or with P. Wasserman. Prepare summary schedule. Review additional documents delivered by Soley. Note anomaly between 2003 and 2004 Patriot Partners return. Also, note possible duplication of $150K and note for follow-up with Soley | 3.4 | $1,275.00 |
| 8/15/08 | Tel call Soley re possible duplication. Revise certain schedules and send e-mail to counsel | 0.4 | $150.00 |
| | TOTAL | | $12,225.00 |

# STUART L. FLEISCHER
stulflei@aol.com

## 25 HIGH VIEW ROAD
## OSSINING, NY 10562

914-941-3841 Tel
917-224-1457 Cell
914-941-7686 Fax

April 20, 2009

Judy W. Soley
30 Griffen Avenue
Scarsdale, NY 10583

---

CONSULTING SERVICES RENDERED on your behalf for and in accordance with my engagement letter with your counsel for the period from August 15, 2008 through April 15, 2009. (Detail time schedules attached).

**FEE**                            **$ 3,562.50**

### Louis F. Burke P.C./Judy Soley

| Date | Description | Hrs | Cost |
|---|---|---|---|
| 8/26/08 | Email, tel call Burke re next steps | 0.2 | $75.00 |
| 10/25/06 | Read draft complaint emailed from counsel | 0.7 | $262.50 |
| 10/26/08 | Draft, email comments on complaint to counsel, etc. | 0.4 | $150.00 |
| 3/20/09 | Read/respond to email from counsel | 0.3 | $112.50 |
| 3/23/09 | tel call/meet with Soley. Obtain documents for review | 0.5 | $187.50 |
| 3/23/09 | Tel call counsel re work to be done | 0.2 | $75.00 |
| 3/24/09 | Start review of tax returns re Harris Corp. Note additions in 1987. Compute approximate number of shares held by reference to dividend income on tax returns. Note missing tax returns. Tel call Soley to discuss. | 3.7 | $1,387.50 |
| | items to discuss with Soley. | 2.9 | $1,087.50 |
| 3/27/09 | Tel call associate counsel re results | 0.3 | $112.50 |
| 4/1/09 | Conf call, counsel+Soley | 0.3 | $112.50 |
| | | 9.5 | $3,562.50 |

## STUART L. FLEISCHER
stulflei@gmail.com

**25 HIGH VIEW ROAD**
**OSSINING, NY  10562**

914-941-3841 Tel
917-224-1457 Cell
914-941-7686 Fax


May 15, 2012

Judy W. Soley
30 Griffen Avenue
Scarsdale, NY  10583

---

CONSULTING SERVICES RENDERED on your behalf for and in accordance with my engagement letter with your counsel for the period from March 19, 2012 through May 15, 2012. (Detail time schedules attached).

      **FEE**                             $ 24,160.00

Louis F. Burke P.C./Judy Soley

| Date | Description | Hrs | Cost |
|---|---|---|---|
| 3/19/12 | Receive, read document production subpoena | 0.2 | $80.00 |
| 3/20/12 | Tel call Soley to discuss | 0.1 | $40.00 |
| 3/21/12 | Tel call atty Burke tp discuss | 0.3 | $120.00 |
| 3/22/12 | Review files and select all documents responsive to the subpoena. Write covering letter, package and fedex documents to Atty Burke for duplication and production | 2.3 | $920.00 |
| 3/28/12 | Tel call atty Burke re: documents produced from accountants to be reviewed, deposition transcripts, etc. | 0.4 | |
| 3/28/29 | Tel calls atty Tripp re timing of mr review, availability for depositions, etc | 0.2 | $80.00 |
| 4/4/12 | Call from Atty Tripp re questions on source of documents | 0.1 | $40.00 |
| 4/12/12 | Tel call atty Burke re return of the documents sent to him. | 0.2 | $80.00 |
| 4/13/12 | Call from Atty Tripp re why I shouldn't want all my documents returned. | 0.3 | $120.00 |
| 4/15/12 | Review 2008 and 2009 analyses to start to become familiar with status of prior work. | 1.5 | $600.00 |
| 4/15/12 | Open and review package of "hard copy" of returned documents originally furnished to counsel and try to verify completeness. | 1.0 | $400.00 |
| 4/16/12 | LOAD CD'S OF DOCUMENTS PRODUCED. START INDEXING AND REVIEW OF KAMRAS DOCUMENTS | 2.1 | $840.00 |
| 4/17/12 | Complete indexing and initial review of Kamras documents. Print documents of possible interest | 2.8 | $1,120.00 |
| 4/17/12 | Tel call atty Burke re deposition transcripts and document indexing | 0.2 | $80.00 |
| 4/18/12 | Start indexing Grant Thornton docs | 2.7 | $1,080.00 |
| 4/19/12 | Continue indexing Grant Thornton docs. Tel call Atty Tripp re index of Wasserman docs +transcript of Kamros deposition | 2.2 | $880.00 |
| 4/20/12 | Finish index of Grant Thornton docs. Download and read Kamras deposition. Note questions for Atty Burke re Harris and Group | 3.5 | $1,400.00 |
| 4/24/12 | Review Grant Thornton documents | 3.2 | $1,280.00 |
| 4/25/12 | Review Peter Wasserman produced documents | 1.8 | $720.00 |
| 4/26/12 | Review Soley and Faganson produced documents | 1.5 | $600.00 |
| 5/1/12 | Schedule Soley capital account in Patriot Partners from inception from available information. | 2.7 | $1,080.00 |
| 5/2/12 | Add and revise schedule based on certain GT production not available elsewhere. | 1.8 | $720.00 |
| 5/3/12 | Schedule deterioration in value of investments in Patriot Partners during 2004 and 2005 until distribution in 2006 | 2.2 | $880.00 |
| 5/4/12 | Fax draft Partners schedules to Atty Tripp. Tel Tripp to discuss. Clean up schedules and add Bates references. | 2.1 | $840.00 |
| 5/6/12 | Identify documents regarding other Soley investments through Wasserman. Draft write up. | 1.5 | $600.00 |
| 5/7/12 | Tel call Burke & Tripp | 0.5 | $200.00 |
| 5/8/12 | Revise write up schedule of other investments. Fax to Tripp | 4.4 | $1,760.00 |
| 5/8/12 | Download and read transcript of Wasserman 3/1/12 deposition emailed from Tripp. | 1.0 | $400.00 |
| 5/9/12 | Start drafting report | 5.5 | $2,200.00 |
| 5/10/12 | Continue drafting/revising report. Compile open items | 2.8 | $1,120.00 |
| 5/11/12 | Download Soley transcript from from Tripp email. Write section concerning understanding of investment strategy | 1.7 | $680.00 |
| 5/12/12 | Read Tripp email re his internet research. Compile "to do's" to complete report | 0.8 | $320.00 |
| 5/13/12 | Research Internet re other investments. Complete schedule re other investments. Complete draft of report | 5.3 | $2,120.00 |
| 5/14/12 | Fax draft to counsel. Telcall Tripp re typos. | 0.3 | $120.00 |
| 5/15/12 | Tel Call Tripp re more typos, spacing problems etc. Make changes in report and schedules, print and sign, prepare for mailing, and also email to Tripp | 1.6 | $640.00 |
| | | | $24,160.00 |

# STUART L. FLEISCHER
stulflei@gmail.com

## 25 HIGH VIEW ROAD
## OSSINING, NY  10562

914-941-3841 Tel
917-224-1457 Cell
914-941-7686 Fax

August 12, 2013

Judy W. Soley
30 Griffen Avenue
Scarsdale, NY  10583

---

CONSULTING SERVICES RENDERED on your behalf for and in accordance with my engagement letter with your counsel for the period from October 1, 2012 through July 31, 2013. (Detail time schedules attached).

      **FEE**                                    $ 17,520.00

| Date | Description | Hours | Amount |
|---|---|---|---|
| 10/1/12 | Tel call Tripp re meaning of " accounting" requested in summary judgement motion. | 0.4 | $160.00 |
| 10/?/2012 | Tel call Burke re schedule for defendant's expert witness report and depositions. Dates for likely required review of report and attendance at deposition. | 0.6 | $240.00 |
| 3/10/13 | Read thru my report and re-familiarize with supporting docs. | 1.3 | $520.00 |
| 3/27/13 | Read and respond to email from Tripp. | 0.3 | $120.00 |
| 3/28/13 | Exchange emails and calls with Tripp re certain details and accounting issues. | 0.5 | $200.00 |
| 4/12/13 | Email from and respond to Tripp re Monday (4/15) conference call. | 0.2 | $80.00 |
| 4/22/13 | Tel call Burke re pre-trial meeting on 5/2 and expected trial dates. | 0.4 | $160.00 |
| 4/29/13 | Read my deposition transcript | 1.2 | $480.00 |
| 4/30/13 | Re-read Casey Stern transcript | 0.4 | $160.00 |
| 5/1/13 | Re-read Kamras and Wasserman deposition transcripts | 1.3 | $520.00 |
| 5/2/13 | Tel call counsel re meeting (and trial) postponement | 0.1 | $40.00 |
| 6/24/13 | Email from Burke re trial schedule. Reply with my timing problems for that week. | 0.2 | $80.00 |
| 6/25/13 | Exchange emails re schedule | 0.2 | $80.00 |
| 6/26/13 | Tel call from Tripp re questions on certain documentation | 0.3 | $120.00 |
| 6/28/13 | Tel call and email from Tripp re proposed expert submission re securities valuation. Read and discuss revisions with Tripp | 0.5 | $200.00 |
| 6/28/13 | Download revised proposed expert submission. Tel call from Burke to discuss revisions, restrictions on trial subjects relating to joint investments and issues regarding to Mrs. Soley's additional advance to Partners. | 0.6 | $240.00 |
| 7/9/13 | Tel call Tripp re effect of warrants on damage calculation. Download and review draft proposed submission. Email-tel call comments. | 0.7 | $280.00 |
| 7/10/13 | Download and review revised draft. Exchange emails and tel calls to discuss. | 0.3 | $120.00 |
| 7/15/13 | Tel call Burke re set up trial prep meeting | 0.2 | $80.00 |
| 7/17/13 | Prep for trial prep mtg. Re-read my report + my dep transcript and. Kamras transcript. | 3.4 | $1,360.00 |
| 7/18/13 | Continue prep. Read Wasserman(2) + Stern transcripts. Travel to/from and meet with Burke in NYC to discuss various issues. | 5.6 | $2,240.00 |
| 7/23/13 | Re-read Grant Thornton dep and review certain of their 1998 and 1999 workpapers | 1.7 | $680.00 |
| 7/25/13 | Re-review my report and sections of my deposition transcript. Read draft of Burke's proposed question for me at trial. | 2.0 | $800.00 |
| 7/26/13 | Travel to/from Burke's office. Meet with Lewis, Leslie and Alex re trial preparationn, charts and documents | 5.1 | $2,040.00 |
| 7/28/13 | Re-review some documents in prep for trial | 0.8 | $320.00 |
| 7/29/13 | Travel to.from NY. Attend trial | 8.8 | $3,520.00 |
| 7/30/13 | Travel to/from NY. Attend, testify at trial. Revise report as instructed by judge and fax and fedex to counsel. | 6.5 | $2,600.00 |
| 7/31/13 | Exchange tel calls and emails with counsel re revised report. | 0.2 | $80.00 |
| | | | $17,520.00 |