# PRESIDENTIAL DOCUMENT SERVICES INC.

**475 PARK AVENUE SO.**
**30TH FLOOR**
**NEW YORK, NEW YORK 10016.**
**212-889-3200**

*TAX ID NUMBER 27-1177656*

MAY 3, 2012
Corrected Invoice: D 5118

ALEXANDER TRIPP, ESQ.
C/O LOUIS F. BURKE P.C.
460 PARK AVENUE, 21ST FLOOR
NEW YORK, NEW YORK 10022

CLIENT NO.

USDC/SDNY
08 CV 9262
JUDY W. SOLEY
V
PETER J. WASSERMAN

| Date | Description | | Amount |
|------|-------------|------|--------|
| 4/28/12 -- 4/30/12 | DAVID PASS ATTEMPTED SERVICE IN KEYPORT, NJ | SUB | $175.00 |
| 4/30/12 | LOCATE | | $75.00 |

TOTAL: $250.00



**BILL TO:**   Mr. Louis F. Burke
460 Park Avenue
New York, NY 10022-1906

**Payable to:**   VERDICT SUCCESS LLC
437 B Marine Avenue
Manhattan Beach, CA 90266
EIN - 26-4126136

**FOR:**   *Soley v. Wasserman*

**DATE:**   May 3, 2013

---

## PROFESSIONAL SERVICES

| Date | Hours | Task |
|---|---|---|
| 4-26-13 | 1.25 | Initial consultation with Louis Burke |
| 4-27-13 | 1.75 | Document review, theme development |
| 4-29-13 | 5.00 | Document review, theme development, juror profiles development |
| 4-30-13 | 2.00 | Theme editing |
| 5-1-13 | 3.50 | Theme editing and juror profiles editing |
| | 13.50 | @ $350 per hour |

Amount due                                    $4,725

Thank you for the opportunity to work on behalf of Judy W. Soley

---

**Terms:** Consulting at $350 per hour. No rush charges were included.
Amount due upon receipt.

# INVOICE



p: 877.479.2484
f: 877.876.9330

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 164114 | 5/2/2012 | 88407 |
| **Job Date** | **Case No.** | |
| 3/28/2012 | | |
| **Case Name** | | |
| Soley v. Wasserman | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Louis F. Burke, Esquire
Louis F. Burke P.C.
460 Park Avenue,
21st Floor
New York, NY 10022

Barry Kamras - video

| | | | |
|---|---|---|---|
| Video - First 2 hrs | | | 350.00 |
| Video - Add'l Hrs | 2.00 | Hours | 250.00 |
| Video - Text Synchronization | 3.00 | Hours | 105.00 |
| Video - MPEG conversion | 2.00 | Tapes | 150.00 |
| Handling & Processing | | | 35.00 |
| Shipping - Complimentary | | | 0.00 |

| | |
|---|---|
| **TOTAL DUE >>>** | **$890.00** |
| AFTER 6/16/2012 PAY | $979.00 |

Videotaped deposition held in New York, NY

Thank you for your business!



**Tax ID:** 76-0523238

Phone: 212-682-1700   Fax:

*Please detach bottom portion and return with payment.*

Louis F. Burke, Esquire
Louis F. Burke P.C.
460 Park Avenue,
21st Floor
New York, NY 10022

| | | | |
|---|---|---|---|
| Job No. | : 88407 | BU ID | : 23-PA |
| Case No. | : | | |
| Case Name | : Soley v. Wasserman | | |

| | | |
|---|---|---|
| Invoice No. | : 164114 | Invoice Date : 5/2/2012 |
| **Total Due** | **: $ 890.00** | |
| AFTER 6/16/2012 PAY $979.00 | | |

### PAYMENT WITH CREDIT CARD        AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **U.S. Legal Support**
          **P.O. Box 3724**
          **New York, NY 10008-3724**

# Invoice

**VideoDep, Inc.**
**Legal Video Productions & Videoconferencing**
4625 S. WENDLER DRIVE, SUITE 220
TEMPE, AZ 85282
(602) 431-2181
TAX ID# 86-0787482

| DATE | INVOICE # |
|------|-----------|
| 5/3/2012 | 12-5256S |

| BILL TO | SHIP TO |
|---------|---------|
| Louis F. Burke, Esq.<br>Louis F. Burke, PC<br>460 Park Avenue, 21st Floor<br>New York, NY 10022 | Louis F. Burke, Esq.<br>Louis F. Burke, PC<br>460 Park Avenue, 21st Floor<br>New York, NY 10022 |

| TERMS | REP | SHIP DATE | SHIP VIA |
|-------|-----|-----------|----------|
| Due on receipt | WGM | 5/3/2012 | FedEx |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| Soley vs. Wasserman<br>Case No. 08CV9262<br>Video Deposition of: Arthur Stern, III<br>Depo Date: April 11, 2012 | | | |
| Legal Video Production (2.5 Hours) | | 290.00 | 290.00 |
| 10 Yr Archive - Server Storage (100 Minutes) | | 45.00 | 45.00 |
| Video/Transcript Synchronization - Trial Director (Per Video Hr) | 1.75 | 40.00 | 70.00 |
| Deposition Media - DVD (2 MPEG 1 Files) Discounted Rate | 2 | 30.00 | 60.00 |
| Packaging; Handling & Shipping | 1 | 33.25 | 33.25 |

**For your convenience, we accept all major credit cards.**

POSTED

Thank you for your business.

**Total**     $498.25

# INVOICE

**BARKLEY**
**Court Reporters**
barkley.com

File No. 50217
Los Angeles, CA 90074-0217
Tel 800.222.1231 · Fax 310.867.2611

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 422764 | 3/13/2012 | 335950 |

| Job Date | Case No. | |
|---|---|---|
| 2/23/2012 | 1:08-cv-09262-KMW-FM | |

| Case Name | | |
|---|---|---|
| Soley v. Wasserman | | |

| Payment Terms | | |
|---|---|---|
| COD - Interest @ 1.5%/mo after 30 days | | |

Louis F. Burke, Esq.
Louis F. Burke, P.C.
460 Park Avenue, 21st Floor
New York NY 10022

---

Original/Index transcript of deposition of:

    Peter J. Wasserman      2,624.00

Videotape Recording of:

    Peter J. Wasserman.      1,422.00

**TOTAL DUE >>>**    **$4,046.00**

|||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||
Your Entire Case on iPhone, iPad and Android
Look for Our Complimentary BarkleyApp
|||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||

---

**Tax ID:** 95-3312349          Phone: 212-682-1700   Fax:

*Please detach bottom portion and return with payment.*

Louis F. Burke, Esq.
Louis F. Burke, P.C.
460 Park Avenue, 21st Floor
New York NY 10022

Job No.    : 335950      BU ID     : .BCR - NY
Case No.    : 1:08-cv-09262-KMW-FM
Case Name : Soley v. Wasserman

Invoice No. : 422764      Invoice Date : 3/13/2012
**Total Due : $ 4,046.00**

---

## PAYMENT WITH CREDIT CARD   AMEX   MasterCard   VISA

Cardholder's Name:

Card Number:

Exp. Date:          Phone#:

Billing Address:

Zip:       Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To: **Barkley Court Reporters**
           **File No 50217**
           **Los Angeles CA 90074**

## Veritext  New York Reporting Co.
### A Veritext  Company

1250 Broadway, Suite 2400
New York, NY 10001
Tel. (212) 279-9424
Fax (212) 279-9643

200 Old Country Road, Suite 580
Mineola, NY 11501
Tel. (516) 608-2400
Fax (516) 608-2450

Bill To:  Lewis F. Burke, Esq.
Louis F Burke PC
460 Park Ave Flr 21
New York, NY 10022

| | |
|---|---|
| Invoice #: | NY447500 |
| Invoice Date: | 03/09/2012 |
| Balance Due: | $376.25 |

| | |
|---|---|
| Case: | Soley v. Wasserman |
| Job #: | 345157   |   Job Date: 2/17/2012   |   Delivery:    Normal |
| Billing Atty: | Lewis F. Burke, Esq. |
| Location: | Tofel & Partners |
| | 730 Third Avenue | 25th Floor | New York, NY 10022 |

| Item | Witness | Description | Units | Qty | Price | Amount |
|------|---------|-------------|-------|-----|-------|--------|
| 1 | Judy Soley | Transcript - Rough Draft | Page | 215.00 | $1.75 | $376.25 |

| | |
|---|---|
| Invoice Total: | $376.25 |
| Payment: | |
| Credits: | |
| Interest: | $0.00 |
| Balance Due: | $376.25 |

Notes:

| Fed. Tax ID: 20-3132569 | Term: Net 30 |
|---|---|

TERMS:  Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.  Contact us to correct payment errors.  No adjustments or refunds will be made after 90 days.

*posted*

*pd*

*TS*
*5/4/12*


PAID 3/27/12

---

Make check payable to:     Veritext  New York Reporting Co.

☐  Visa   ☐  MC ☐  Amex   ☐   Discover

Credit Card #                                      Exp. Date

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

| | |
|---|---|
| Invoice #: | NY447500 |
| Job #: | 345157 |
| Invoice Date: | 03/09/2012 |
| Balance : | $376.25 |

Please remit payment to:
Veritext  New York Reporting Co.,
200 Old Country Road, Suite 580
Mineola, NY 11501

For more information on charges related to our services please consult   www.veritext.com/serviceinfo

**TypeWrite Word Processing Service**
211 N. Milton Road
Saratoga Springs, NY 12866
518-581-TYPE or 718-966-1401
Fax # 518-207-1901 or 718-967-4843

| | DATE | INVOICE # | |
|---|---|---|---|
| | 5/9/2012 | 16982 | NY |

**BILL TO:**

Louis F. Burke, PC
Leslie Wybiral
460 Park Avenue
New York, NY 10022
212-682-1700

# Invoice

PREPARED BY: Sean

JUDGE: F Maas

REMARKS: Daily

RE: SDNY

DC#:

| HEARING DATE | 4/30/2012 |
|---|---|

| DATE ORDERED | 5/8/2012 |
|---|---|

| CASE NAME | CASE NO. | PAGES | PER PA... | AMOUNT |
|---|---|---|---|---|
| Soley v Wasserman | 08-CV-9262 | 29 | 6.66 | 193.14 |

POSTED
6/7/12
$96.00
$97.14
paid 5/9/12
amex

| | **Total Due** | **$193.14** |
|---|---|---|

PAYMENT SHOULD BE MADE TO TYPEWRITE WORD PROCESSING SERVICE DIRECTLY TO THE ADDRESS ABOVE
Pay online at: https://ipn.intuit.com/kkxndzjb

Order transcripts online:  www.typewp.com





**Minuteman Press**
*The First & Last Step In Printing.*

Minuteman Press
1700 Post Rd
Fairfield, CT 06824
Phone: 203-254-1947  Fax: 203-254-1413
ccamarato@minutemanpress.com
fairfield-ct.minutemanpress.com

# INVOICE

| Invoice Number: | 8567 |
|---|---|
| Invoice Date: | 7/11/2013 |

**Bill To:** Louis F Burke PC
Leslie Wybiral
460 Park Avenue
Floor 21
New York NY  10022

Phone: 212 6821700
Email: lesli@lfblaw.com

**Ship To:** Louis F Burke PC
Leslie Wybiral
460 Park Avenue
Floor 21
New York NY  10022

Phone: 212 6821700
Email: lesli@lfblaw.com

Under NEW MANGEMENT!!!!!
We Are Committed to Providing You the Quality and Service That You Expect.

| Description | Price |
|---|---|
| 5   Soley Depositions  (Job 14234) | $143.95 |
| CT TAX 2013 | $9.14 |
| Invoice Total | $153.09 |
| **Balance Due** | **$153.09** |





Salesperson:  Susan

Terms: 50% Deposit, COD

Please pay from this invoice. No statements will be sent. Unless prior arrangements are made, all artwork remains the sole property of Minuteman Press of Fairfield.



Minuteman Press
1700 Post Rd
Fairfield, CT 06824
Phone: 203-254-1947  Fax: 203-254-1413
ccamarato@minutemanpress.com
fairfield-ct.minutemanpress.com

# INVOICE

| Invoice Number: | 7471 |
|---|---|
| Invoice Date: | 9/21/2012 |

**Bill To:** Louis F Burke PC
460 Park Avenue
Floor 21
New York NY 10022

Phone: 212 6821700
Email: lesli@lfblaw.com

**Ship To:** Louis F Burke PC
460 Park Avenue
Floor 21
New York NY 10022

Phone: 212 6821700
Email: lesli@lfblaw.com

Under NEW MANGEMENT!!!!!
We Are Committed to Providing You the Quality and Service That You Expect.

| Description | Price |
|---|---|
| **20  Louis F Burke  (Job 12847)** | $441.44 |
| Connecticut | $26.49 |
| Invoice Total | $467.93 |
| **Balance Due** | $467.93 |

PAID

Salesperson: Susan

**Terms: 50% Deposit, COD**

Please pay from this invoice. No statements will be sent. Unless prior arrangements are made, all artwork remains the sole property of Minuteman Press of Fairfield.



## Minuteman Press.

**The First & Last Step In Printing.**

Minuteman Press
1700 Post Rd
Fairfield, CT 06824
Phone: 203-254-1947  Fax: 203-254-1413
ccamarato@minutemanpress.com
fairfield-ct.minutemanpress.com

# INVOICE

| Invoice Number: | 8276 |
|---|---|
| Invoice Date: | 5/2/2013 |

**Bill To:** Louis F Burke PC
Leslie Wybiral
460 Park Avenue
Floor 21
New York NY  10022

Phone: 212 6821700
Email: lesli@lfblaw.com

**Ship To:** Louis F Burke PC
Leslie Wybiral
460 Park Avenue
Floor 21
New York NY  10022

Phone: 212 6821700
Email: lesli@lfblaw.com

Under NEW MANGEMENT!!!!!
We Are Committed to Providing You the Quality and Service That You Expect.

| Description | Price |
|---|---|
| **3  Soley v Waserman  (Job 13886)** | **$36.00** |
| **Note:**     Black and White Posters | |

| | |
|---|---|
| CT TAX 2013 | $2.29 |
| Invoice Total | $38.29 |
| **Balance Due** | **$38.29** |



Salesperson:  Susan

**Terms: 50% Deposit, COD**

Please pay from this invoice. No statements will be sent. Unless prior arrangements are made, all artwork remains the sole property of Minuteman Press of Fairfield.

# SourceOne Copy Center LLC
55 W. 39th St., Suite 803
New York, NY 10018
United States

Voice:  646-706-7005
Fax:  866-496-9909

# INVOICE

Invoice Number:  5115
Invoice Date:  Apr 5, 2012
Page:  1

Net 30 Days
Tax ID#:  26-4265832

**Bill To:**

Louis F. Burke P.C.
460 Park Ave
21st Fl
New York, NY 10022
United States

**P.O. and Job Reference:**

**PO 3019  3/28  LESLI WYBIRAL
SOLEY**

| Description | Total Qty | Price Ea. | Amount |
|---|---|---|---|
| Scan to File  4016 Pgs | 4,016.00 | 0.13 | 522.08 |
| BW Prints/Copies Ltr/Lgl Size  4016 x 1 | 4,016.00 | 0.13 | 522.08 |
| CD/DVDs  3 | 3.00 | 12.00 | 36.00 |

POSTED

PAID 5/30/12

Check/Credit Memo No:

| | |
|---|---|
| Subtotal | 1,080.16 |
| Sales Tax | 95.86 |
| Total Invoice Amount | 1,176.02 |
| Payment/Credit Applied | |
| **TOTAL** | **1,176.02** |



# SourceOne Copy Center LLC

55 W. 39th St., Suite 803
New York, NY 10018
United States

Voice:  646-706-7005
Fax:     866-496-9909

# INVOICE

Invoice Number:  5117
Invoice Date:     Apr 5, 2012
Page:               1

Net 30 Days

Tax ID#:   26-4265832

**Bill To:**

Louis F. Burke P.C.
460 Park Ave
21st Fl
New York, NY 10022
United States

**P.O. and Job Reference:**

PO 3019   4/2   Lesli Wybiral
Soley

| Description | Total Qty | Price Ea. | Amount |
|---|---|---|---|
| Scan to File  3948 pgs | 3,948.00 | 0.13 | 513.24 |
| Pagination  3948 | 3,948.00 | 0.05 | 197.40 |
| BW Prints/Copies  Ltr/Lgl Size  3948 x 2 | 7,896.00 | 0.11 | 868.56 |
| CD/DVDs  1 | 1.00 | 12.00 | 12.00 |

PAID  5/30/12

| | |
|---|---|
| Subtotal | 1,591.20 |
| Sales Tax | 141.22 |
| Total Invoice Amount | 1,732.42 |
| Payment/Credit Applied | |
| **TOTAL** | **1,732.42** |

Check/Credit Memo No:



posted
5/14/10

# SourceOne Copy Center LLC

55 W. 39th St., Suite 803
New York, NY 10018
United States

Voice: 646-706-7005
Fax: 866-496-9909

# INVOICE

Invoice Number: 5116
Invoice Date: Apr 5, 2012
Page: 1

Net 30 Days

Tax ID#: 26-4265832

**Bill To:**

Louis F. Burke P.C.
460 Park Ave
21st Fl
New York, NY 10022
United States

**P.O. and Job Reference:**

PO 3019  3/30  Lesli Wybiral
Soley

| Description | Total Qty | Price Ea. | Amount |
|---|---|---|---|
| Scan to File  5014 Pgs | 5,014.00 | 0.13 | 651.82 |
| Pagination 5014 Pgs | 5,014.00 | 0.05 | 250.70 |
| BW Prints/Copies Ltr/Lgl Size  5014 x 1 | 5,014.00 | 0.13 | 651.82 |
| CD/DVDs  1 | 1.00 | 12.00 | 12.00 |

PAID 5/30/12

Check/Credit Memo No:

| | |
|---|---|
| Subtotal | 1,566.34 |
| Sales Tax | 139.01 |
| Total Invoice Amount | 1,705.35 |
| Payment/Credit Applied | |
| **TOTAL** | **1,705.35** |

P 5/4/12



**SourceOne Copy Center LLC**

55 W. 39th St., Suite 803
New York, NY 10018
United States

Voice: 646-706-7005
Fax: 866-496-9909

# INVOICE

Invoice Number: 6219
Invoice Date: Oct 10, 2012

Net 30 Days
Tax ID#: 26-4265832

**Bill To:**

Louis F. Burke P.C.
460 Park Ave
21st Fl
New York, NY 10022
United States

Attn.: Accts Payable

**P.O. and Job Reference:**

**10/9 Lesli Wybiral**
**SOLEY**

| Description | Total Qty | Price Ea. | Amount |
|---|---|---|---|
| BW Prints/Copies Ltr/Lgl Size 719 x 3 | 2,157 | 0.11 | 237.27 |
| Side or Bottom Tabs 12 sets total | 12 | 8.29 | 99.48 |
| Velo Bound Book(s) 21 total | 21 | 3.75 | 78.75 |

*Posted + Paid*

| | |
|---|---|
| Subtotal | 415.50 |
| Sales Tax | 36.88 |
| Total Invoice Amount | 452.38 |
| Payment/Credit Applied | |
| **TOTAL** | **452.38** |



**Metro Copy & Duplicating Corp.**
**222 East 45th Street**
**New York, NY 10017**
**212-687-6699**

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/26/2008 | 150033 |
| EIN# 22-3173044 | |

- Litigation Specialists
- Complete Confidentiality
- Scanning/OCR

- 1-4 Color Offset Printing
- Xerox Copying
- Shipping & Mailing

- Graphics
- Typography
- Assembly & Bindery

SOLD TO     C o m p l e t e   P r i n t i n g   S e r v i c e     SHIP TO

LOUIS F. BURKE, P.C.                          ATT: LESLIE WYBIRAL
ACCOUNTS PAYABLE
460 PARK AVENUE, 21ST FLOOR
NEW YORK, N.Y. 10022

| Work Order | Terms | Account Rep | P.O. Number | Ref No | Ship Via |
|------------|-------|-------------|-------------|--------|----------|
| 199783 | Net 30 | A | | | |

| Originals | Copies | Qty | Description | Unit Price | Net Price |
|-----------|--------|-----|-------------|------------|-----------|
| 4693 | 1 | 4,693 | DIGITAL SCANNING | 0.13 | 610.09T |
| 4693 | 1 | 4,693 | 8.5 X 11 LASER IMPRESSIONS | 0.13 | 610.09T |
| 1 | 1 | 1 | MASTER CD | 25.00 | 25.00T |
| | | | | | |
| | | | REF: PO#21547 / SOLEY | | |
| | | | JOB DONE 7/21/08 | | |

WWW.MCDSOLUTIONS.COM          ACCOUNTING@MCDSOLUTIONS.COM

| | |
|---|---|
| SALE AMOUNT | $1,245.18 |
| SALES TAX | $104.28 |
| AMOUNT RECEIVED | $0.00 |
| BALANCE DUE | $1,349.46 |

COMMENTS

Received By:_____     Date:_____



**Print & Document Solutions**

*NEW REMIT TO ADDRESS*
Metro Copy & Duplicating Corp.
151 West 46th Street - 8th Floor
New York, NY 10036
212-687-6699

# Invoice

| Date | Invoice # |
|---|---|
| 10/30/2008 | 152053 |
| EIN# 22-3173044 | |

- Litigation Specialists
- Complete Confidentiality
- Scanning/OCR

- 1-4 Color Offset Printing
- Xerox Copying
- Shipping & Mailing

- Graphics
- Typography
- Assembly & Bindery

**Complete Printing Service**

SOLD TO

SHIP TO

LOUIS F. BURKE, P.C.
ACCOUNTS PAYABLE
460 PARK AVENUE, 21ST FLOOR
NEW YORK, N.Y. 10022

ATT: LESLIE

| Work Order | Terms | Account Rep | P.O. Number | Ref No | Ship Via |
|---|---|---|---|---|---|
| 201937 | Net 30 | A | | | |

| Originals | Copies | Qty | Description | Unit Price | Net Price |
|---|---|---|---|---|---|
| 214 | 7 | 1,498 | 8.5 X 11 LASER IMPRESSIONS | 0.11 | 164.78T |
| 1 | 119 | 119 | TABS | 0.35 | 41.65T |
| 1 | 7 | 7 | VELO BOUND BOOKS | 2.75 | 19.25T |
| | | | | | |
| | | | REF: PO# 21550 | | |
| | | | SOLEY | | |
| | | | JOB DONE 10/28/08 | | |

WWW.MCDSOLUTIONS.COM          CSIMPSON@MCDSOLUTIONS.COM

COMMENTS

| | |
|---|---|
| SALE AMOUNT | $225.68 |
| SALES TAX | $18.90 |
| AMOUNT RECEIVED | $0.00 |
| BALANCE DUE | $244.58 |

Received By: _____     Date: _____



Remit Payment to:

vDiscovery
PO Box 30953
New York, NY 10087-0953
Billing Inquires: (212) 220-6127

## INVOICE:  V54292　　　　　DATE:  2/26/2009

**BILL TO:**　　　　　　　　　　　　**SHIP TO:**

Louis F Burke, PC (4246)
L. Rivelo
460 Park Avenue-
21St Floor
NEW YORK, NY  10022

| Purchase Order | Customer Service | Account Rep | Ordered By | Order Date | Phone | Signed By |
|---|---|---|---|---|---|---|
| Soley v. Wasserman | DEANM | ERNIE/HANK | Leyden/Lesli | 2/24/2009 | 212-682-1700 | |

**Line Item Detail**　　　　　　　　　　　　　　　　　　**Line Total**

Litigation Copying: 4 Copies of 1 Unit.　　　　　　　　　$126.92

Client Matter: Soley v. Wasserman

B&W: 872 @ $0.11 Per Copy = $95.92.
Stock Tabs: 68 @ $0.25 Per Tab = $17.00.
Velo/GBC Binds: 4 @ $3.50 Per Bind = $14.00.

*Thank You For Your Business.*
*Please Include Account Name And*
*Invoice Number With Payment.*

**Payment Terms Are Net 30.**
**Payment By Credit Card Accepted.**

| | |
|---|---|
| SUBTOTAL: | $126.92 |
| SALES TAX: | $10.63 |
| **TOTAL:** | **$137.55** |

For Client Services: T:212.220.6111 F:212.655.4322 www.vdiscovery.com



**DELUXE DELIVERY SYSTEMS, INC.**
64 WEST 48TH STREET 4TH FL NEW YORK 10036
TEL.:(212) 376-4500

| | |
|---|---|
| LOUIS F. BURKE, P.C. | |
| 460 PARK AVENUE,21 | |
| NEW YORK , NY 10022 | |
| ATTN : LESLIE WYBIRAL | |

**INVOICE**

| INVOICE NO | DATE | ACCOUNT NO |
|---|---|---|
| 180254 | 7/31/2013 | L360 |
| PO# | TERMS | AMOUNT |
| | Net 10 Days | 44.07 |

PLEASE RETURN UPPER PORTION WITH PAYMENT

| PLEASE MAKE CHECK PAYABLE TO : | INVOICE NO | DATE | ACCOUNT NO | TERMS |
|---|---|---|---|---|
| DELUXE DELIVERY SYSTEMS, INC. | 180254 | 7/31/2013 | L360 | Net 10 Days |

| DEPARTMENT | PARTICULARS | NO OF JOBS | CHARGES |
|---|---|---|---|
| | | 2 | 39.00 |

| **ANALYSIS OF ACCOUNT** | | | | | GROSS SALES | | 39.00 |
|---|---|---|---|---|---|---|---|
| | | | | | SURCHARGE | | 5.07 |
| | | | | | TAX | | 0.00 |
| | | | FOR INQUIRIES , PLEASE CALL : (212) 376-4500 | | INVOICE TOTAL | 2 | 44.07 |

PAID
$ 52.55

DELUXE DELIVERY SYSTEMS, INC.
TO :LOUIS F. BURKE, P.C.

| DEPT. | REFERENCE | DESCRIPTION | | SERVICE TYPE JOB TYPE | CHARGE | AMOUNT |
|---|---|---|---|---|---|---|
| DATE : | 7/25/2013 | | | | | |
| | Ticket#:05101605 Budget:FELICIA Wk Ord.: C.Ref: | FR:LOUIS F. BURKE, P.C. 460 PARK AVENUE , NEW YORK, NY Caller:FELICIA Ex.: Pod by:STAMPS | TO:FEDERAL COURT 500 PEARL STREET , NEW YORK, NEW YORK Desc:1 BOX Rush:YES WEIGHT:15 | Van Service Delivery | | |
| | | | | | 001 / SERVICE CHARGE | 19.50 |
| | | | | | | 19.50 |
| | TOTAL | | | | | |
| | Ticket#:05101622 Budget:FELICIA Wk Ord.: C.Ref: | FR:LOUIS F. BURKE, P.C. 460 PARK AVENUE , NEW YORK, NY Caller:FELICIA Ex.: Pod by:h. chung | TO:TOFFEL PARTNERS LLP 730 3RD AVE ,NY,NY Desc:1 BOX Rush:YES WEIGHT:15 | Van Service Delivery | | |
| | | | | | 001 / SERVICE CHARGE | 19.50 |
| | | | | | | 19.50 |
| | TOTAL | | | | | |
| | SUB TOTAL | 2 | | | | 39.00 |

| | NO. JOBS: | 2 | | GROSS SALES | 39.00 |
|---|---|---|---|---|---|
| | | | | SURCHARGE | 5.07 |
| | | | | TAX | 0.00 |
| | | | | INVOICE TOTAL | 44.07 |

**JUDY S NYC-LAGUARDIA 10APR12**                                    Hide Details

FROM:   Delta Air Lines                              Monday, March 26, 2012 12:03 AM

TO:   judysoley@yahoo.com

Comment/Complaint ?  |  Add to Address Book ?



**△ DELTA ✈**          delta.com    My Trips    Earn Miles

## YOUR ITINERARY AND RECEIPT

**Please review this information before
your trip.** If you need to contact Delta or
check your flight information, go to delta.com
or call 1-800-221-1212. For a complete list of
world wide phone numbers, please visit
www.delta.com/contact _us.

To access your boarding pass at
the airport, print email now and
scan at a Delta self-service kiosk.

You can exchange, reissue and refund eligible
electronic tickets at delta.com. Take control
and make changes to your itineraries at
delta.com/itineraries.

You can check in for your flight up to 24 hours
prior to departure time. Check in online by
clicking the link below or download the Fly
Delta app here. You can also use the app to
change seats, track your bag, view your flight
status and so much more.

**Thanks for choosing Delta.**                      CHECK IN ONLINE  >
Flight Confirmation #: GUD6BJ | Ticket #: 00623018559166

## Your Flight Information

**Tue 10APR**

| | | | | | |
|---|---|---|---|---|---|
| LV 2:35pm | NYC-LAGUARDIA | AR 4:40pm | MINNEAPOLIS-SPAUL | **DELTA 1819** ECONOMY (T) **Confirmed** Snacks For Sale | |
| LV 5:40pm | MINNEAPOLIS-SPAUL | AR 7:03pm | PHOENIX | **DELTA 999** ECONOMY (T) **Confirmed** Snacks For Sale | |

## Your Flight Details   Manage Trip ›

| Passenger Details | Flights | Seats | Free Bags |
|---|---|---|---|
| **JUDY SOLEY** SkyMiles #*******921 Silver | DELTA 1819 DELTA 999 | Not Assigned Not Assigned | 0 0 |

## Receipt Information

### Billing Details

| Passenger: | Payment Method: | Ticket Number: |
|---|---|---|
| JUDY SOLEY | AX************3002 | 00623018559166 |

FARE: 120.00 USD

Tax: 30.60

**Total:** **150.60 USD**

NONREF/PENALTY/APPLIES

This ticket is non-refundable unless issued at a fully refundable fare. Any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply and are displayed in the sections below.

### Tax Details

Total Tax: 30.60

Itemized Tax: 5.00 AY 9.00 XF 7.60 ZP 9.00 US

### Fare Details

NYC DL X/MSP DL PHX120.00TA00A05P USD120.00END ZP LGAMSP XF LGA4.5MSP4.5

### Ticketing Details

| Passenger: | Ticket #: | Place of Issue: | Issue Date: | Expiration Date: |
|---|---|---|---|---|
| JUDY SOLEY | 00623018559166 | LAXWEB | 25MAR12 | 25MAR13 |

### Baggage Fees
(per passenger each way)

| | | Economy Class | First/ Business Elite[1] |
|---|---|---|---|
| Carry-on Baggage (one bag plus one personal item) | Carry-on Baggage | Complimentary | Complimentary |
| First Checked Bag Want first bag free? | Checked Baggage | Within U.S. and Canada: $25 U.S./Canada and Caribbean: $25 International: Complimentary | Complimentary |
| Second Checked Bag | | Within U.S. and Canada: $35 Mexico, Central America, and Caribbean: $40 Japan and Brazil: $50 South America, Transatlantic to the | Complimentary |

Purpose of expense: _____

Receipts attached? Yes No

Posted: _____

Timeslips Expense Category: _____

Attorney: _____

Payee: _____

Amount: _____

Client: _____

Date: _____

EXPENSE/DISBURSEMENT

...RKE PC

## E-Ticket Confirmation-ENTFAI 11APR

**American Airlines**
AA.com

Itinerary & Receipt Confirmation

Reservations | Award Booking | My Account | Fare Sales & Offers

**Date of Issue: 27MAR12**

Judy Soley:

Thank you for choosing American Airlines / American Eagle, a member of the oneworld® Alliance. Below are your itinerary and receipt for the ticket(s) purchased. Please print and retain this document for use throughout your trip.

**Record Locator: ENTFAI**

You may check in and obtain your boarding pass for U.S. domestic electronic tickets within 24 hours of your flight time online at AA.com by using www.aa.com/checkin or at a Self-Service Check-In machine at the airport. Check-in options may be found at www.aa.com/options. For information regarding American Airlines checked baggage policies, please visit www.aa.com/baggageinfo. **For faster check-in at the airport, scan the barcode at any AA Self-Service machine.**

You must present a government-issue photo ID and either your boarding pass or a priority verification card at the security screening checkpoint.

 Book a hotel        Book a car        Buy trip insurance


AVIS


AAdvantage
Earn miles on this trip


TRAVEL BIG. NO MATTER WHAT SIZE YOUR BUSINESS IS.


30 DAYS. UNLIMITED ACCESS. $99.

Record Locator: ENTFAI



### Itinerary

| Carrier | Flight Number | Departing | | Arriving | | Booking Code |
| --- | --- | --- | --- | --- | --- | --- |
| | | City | Date & Time | City | Time | |
| | 18 | SAN FRANCISCO | WED 11APR 10:35 PM | NEW YORK JFK | 7:10 AM | S |

| AA American Airlines | Judy Soley | FF#: XR30092 GLD | Economy | Seat 25B | Food For Purchase |

## Receipt

| PASSENGER | TICKET NUMBER | FARE-USD | TAX/FEE/ CHARGE | TICKET TOTAL |
|-----------|---------------|----------|-----------------|--------------|
| JUDY SOLEY | 0012306755538 | 185.12 | 24.68 | 209.80 |

| Payment Type: American Express XXXXXXXXXX3002 | | | Total: $209.80 |

You have purchased a NON-REFUNDABLE fare. The itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has no value. If the fare allows changes, a fee may be assessed for changes and restrictions may apply. Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

### (AA CARRY-ON BAGGAGE)

American Airlines does not impose Carry-On bag fees however, restrictions do apply. To view carry-on baggage restrictions for American Airlines or American Eagle, please visit, Carry-On Luggage. Passengers who originate flights on other than American Airlines/American Eagle and need to determine applicable carry-on fees or restrictions specific to other air carriers in your itinerary, please visit INTERLINE PARTNER BAG CHARGES.

### (AA CHECKED BAGGAGE CHARGES)

For travel from US/PR/USVI within and between US/PR/USVI, the charges will be 25.00USD for the first bag. For a second checked bag, the charge will be 35.00USD (or local currency equivalent).

For travel from CANADA To/From the US/PR/USVI, the charges will be 25.00USD/25.00CAD for the first bag. For a second bag, the charge will be 35.00USD/35.00CAD (or local currency equivalent).

For travel from Canada To/From/via India /Europe, no charge for the first bag. For a second bag, the charge will be 60.00USD/60.00CAD (or local currency equivalent).

For travel from Europe and India To/From US/PR/USVI and To/From via Europe and India, the first bag will be free. For a second bag, the charge will be 60.00USD or (local currency equivalent).

For travel from Mexico To/From US/PR/USVI/Canada and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 30.00USD or (local currency equivalent).

For travel from Caribbean, Central America To/From US/Canada/PR/USVI Mexico and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 30.00USD or (local currency equivalent).

For travel from South America To/From US/Canada/PR/USVI/MCLA and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is 30.00USD or (local currency equivalent).

When your itinerary includes any carrier other than American Airlines, baggage charges of the various airlines may apply to the flights they operate. Please visit INTERLINE PARTNER BAG CHARGES for applicable baggage allowances and charges specific to the interline partner in your itinerary.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage.

### NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage button below.

Fw: LOUIS F NYC-LAGUARDIA 10APR12

**Subject:** Fw: LOUIS F NYC-LAGUARDIA 10APR12
**From:** louisburke1@gmail.com
**Date:** 3/25/2012 12:00 PM
**To:** "Soley, Judy" <judy@soley.com>
**CC:** "Burke, Louis Fox" <lburke@lfblaw.com>

Judy,
Here is my plane schedule. It is cumbersom but gets into Phoenix in time for dinner. I am
going to book the Ritz for us which is next door from where we have to be. The firm we are
working with gets a good rate. We will start the depo at 9am-9:30 so we should be finished
by 12 noon.
Speak during the week.
Louis
Sent via BlackBerry from T-Mobile

**From:** "Delta Air Lines" <DeltaAirLines@e.delta.com>
**Date:** Sat, 24 Mar 2012 15:30:13 -0000
**To:** <louisburke1@gmail.com>
**ReplyTo:** "Delta Air Lines" <support-bwxh4babfpayqkauwq565qcetawm91@e.delta.com>
**Subject:** LOUIS F NYC-LAGUARDIA 10APR12



Comment/Complaint ? | Add to Address Book ?

| DELTA | | | delta.cc | My Trips | Earn Miles |

**YOUR ITINERARY AND RECEIPT**

**Please review this information before your trip.** If you need to contact Delta or check your flight information, go to delta.com or call 1-800-221-1212. For a complete list of world wide phone numbers, please visit www.delta.com/contact _us.

To access your boarding pass at the airport, print email now and scan at a Delta self-service kiosk.

You can exchange, reissue and refund eligible electronic tickets at delta.com. Take control and make changes to your itineraries at delta.com/itineraries.

You can check in for your flight up to 24 hours prior to departure time. Check in online by clicking the link below or download the Fly Delta app here. You can also use the app to change seats, track your bag, view your flight status and so much more.

**Thanks for choosing Delta.**
Flight Confirmation #: **GT6P42** | Ticket #: **00823012410215**

BOOK NYC-LAGUARDIA 10APR12

## Your Flight Information

| Tue 10APR | | | | |
|---|---|---|---|---|
| LV 2:35pm | NYC-LAGUARDIA | AR 4:40pm | MINNEAPOLIS-SPAUL | **DELTA 1819**<br>ECONOMY (T)<br>Confirmed<br>Snacks For Sale |
| LV 5:40pm | MINNEAPOLIS-SPAUL | AR 7:03pm | PHOENIX | **DELTA 999**<br>ECONOMY (T)<br>Confirmed<br>Snacks For Sale |

| Wed 11APR | | | | |
|---|---|---|---|---|
| LV 2:20pm | PHOENIX | AR 9:05pm | DETROIT | **DELTA 1821**<br>ECONOMY (U)<br>Confirmed<br>Food Available For Purchase |
| LV 9:40pm | DETROIT | AR 11:27pm | NYC-LAGUARDIA | **DELTA 1448**<br>ECONOMY (U)<br>Confirmed |

## Your Flight Details   Manage Trip >

| Passenger Details | Flights | Seats | Free Bags | |
|---|---|---|---|---|
| **LOUIS F BURKE**<br>SkyMiles #*******642 Platinum | DELTA 1819<br>DELTA 999<br>DELTA 1821<br>DELTA 1448 | 5D<br>22C<br>19C<br>13C | 0<br>0<br>0<br>0 | |

## Receipt Information

### Billing Details

| Passenger: | Payment Method: | Ticket Number: |
|---|---|---|
| **LOUIS F BURKE** | AX**********3008 | 00623012410215 |

| FARE: | 267.91 USD |
|---|---|
| Tax: | 63.29 |
| **Total:** | **331.20 USD** |

NONREF/PENALTY/APPLIES

This ticket is non-refundable unless issued at a fully refundable fare. Any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional



### THE RITZ-CARLTON®
PHOENIX

| | |
|---|---|
| Louis Burke | Room Number: 0416 |
| | Arrival Date: 04-10-12 |
| United States | Departure Date: 04-11-12 |
| | CRS Number: 86663018 |
| | Rewards No: XXXXX5859 |
| | Page No: 1 of 1 |

**INVOICE**

Folio No: 226447

04-11-12

| Date | Description | | | Charges | Credits |
|------|-------------|---|---|---------|---------|
| 04-10-12 | Package Room Charge | | | 249.00 | |
| 04-10-12 | Occupancy Tax | | | 31.85 | |
| 04-11-12 | In Room Dining Breakfast | CHECK# 7261 | | 28.94 | |
| 04-11-12 | American Express | XXXXXXXXXXX3002 | XX/XX | | 309.79 |
| | | Total | | 309.79 | 309.79 |
| | | Balance | | 0.00 | |

Your Rewards points/miles earned on your eligible earnings will be credited to your account.

2401 EAST CAMELBACK ROAD, PHOENIX, ARIZONA 85016
tel. (602) 468-0700  fax (602) 468-0793  www.ritzcarlton.com